1  PAUL J. PFINGST, ESQ. (Bar No. 112967)
   pfingst@higgslaw.com
2  CHRISTINA M. DENNING, ESQ. (Bar No. 211137)
   denningc@higgslaw.com
3  HIGGS FLETCHER & MACK LLP
   401 West "A" Street, Suite 2600
4  San Diego, CA 92101-7913
   TEL: 619.236.1551
5  FAX: 619.696.1410

6  Attorneys for Plaintiffs
   SHAKINA ORTEGA, individually, and as successor
7  of interest of VICTOR ORTEGA, deceased;
   TAMIA ORTEGA, a minor, by and through her
8  guardian Shakina Ortega; and
   JACOB ORTEGA, a minor, by and through his
9  guardian Shakina Ortega

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAKINA ORTEGA, individually, and as successor of interest of VICTOR ORTEGA, deceased; TAMIA ORTEGA, a minor, by and through her guardian Shakina Ortega; and JACOB ORTEGA, a minor, by and through his guardian Shakina Ortega, <br><br>     Plaintiffs, <br><br> v. <br><br> SAN DIEGO POLICE DEPARTMENT, a public entity; JONATHAN MCCARTHY, an individual; CITY OF SAN DIEGO, a public entity; and DOES 1 through 10, <br><br>     Defendants. | CASE NO. 13-CV-87-LAB (JMA) <br><br> **DECLARATION OF CHRISTINA M. DENNING IN SUPPORT OF REQUEST FOR DENIAL OR CONTINUANCE OF SUMMARY JUDGMENT UNDER F.R.C.P. 56(D)** <br><br> *JURY TRIAL DEMANDED* <br><br> CASE FILED:  January 11, 2013 <br> TRIAL DATE:  Not Yet Set <br><br> Date:   June 2, 2014 <br> Time:   11:30 a.m. <br> Judge:  Hon. Larry Alan Burns <br> Dept.:  14 |

I, Christina M. Denning, declare as follows:

1.  I am a partner of the law firm of Higgs, Fletcher & Mack, LLP, counsel of record for Shakina Ortega, individually, and as successor of interest of Victor Ortega, deceased, Tamia Ortega, a minor, by and through her guardian

HIGGS FLETCHER &
MACK LLP
ATTORNEYS AT LAW
SAN DIEGO

Case No. 13-CV-87-LAB (JMA)
DECLARATION OF CHRISTINA M. DENNING IN SUPPORT OF REQUEST FOR
DENIAL OR CONTINUANCE OF SUMMARY JUDGMENT UNDER F.R.C.P. 56(D)

1  Shakina Ortega, and Jacob Ortega, a minor, by and through his guardian Shakina
2  Ortega, in the above-captioned action. Unless otherwise stated, all facts testified to
3  are within my personal knowledge and, if called as a witness, I could competently
4  testify to them. I make this declaration in support of Plaintiffs' request for denial or
5  continuance of summary judgment under F.R.C.P. 56(d).
6      2.    Plaintiffs' second cause of action is for violation of California Civil
7  Code section 51.7. Defendants' challenge Plaintiffs' claim on the basis there is no
8  evidence of racial motive on the part of Officer McCarthy.
9      3.    As fully briefed in the recent joint motion with this Court (Document
10 No. 56), during discovery, Plaintiffs timely requested the pre-employment
11 screening records of Officer McCarthy. Defendants finally produced the records on
12 April 9, 2014, but they redacted information in Officer McCarthy's pre-
13 employment records relating to biases. The parties submitted a joint motion on the
14 issue, and on May 9, 2014, the Court ordered the parties to further meet and confer,
15 and if necessary, submit additional authority regarding the discoverability of such
16 records. (Document No. 57.)
17     4.    On May 11, 2014, Plaintiffs' counsel requested to meet and confer
18 with Defendants' counsel on the issue, stating the law she intended to brief.
19 Defendants' counsel responded on May 13, 2014, that he needed additional time to
20 complete research on the topic.
21     5.    The parties have an unresolved dispute regarding Plaintiffs'
22 entitlement to know whether Officer McCarthy harbors a bias against persons with
23 Hispanic descent. I believe the unredacted documents will raise a genuine issue of
24 ///
25 ///
26 ///
27 ///
28 ///

HIGGS FLETCHER & MACK LLP
ATTORNEYS AT LAW
SAN DIEGO

2

Case No. 13-CV-87-LAB (JMA)
DECLARATION OF CHRISTINA M. DENNING IN SUPPORT OF REQUEST FOR
DENIAL OR CONTINUANCE OF SUMMARY JUDGMENT UNDER F.R.C.P. 56(D)

material fact, and therefore, that the present motion as to the Plaintiffs' second cause of action should be denied as premature. See F.R.C.P. 56(d).

I declare under penalty of perjury under the laws of the state of California that the foregoing is true and correct this 19 day of May, 2014, in San Diego, California.

_____
Christina M. Denning

1192792.1

Higgs Fletcher & Mack LLP
Attorneys At Law
San Diego

3

Case No. 13-CV-87-LAB (JMA)
DECLARATION OF CHRISTINA M. DENNING IN SUPPORT OF REQUEST FOR DENIAL OR CONTINUANCE OF SUMMARY JUDGMENT UNDER F.R.C.P. 56(D)