# EXHIBIT A

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SHAKINA ORTEGA, individually, and
as successor of interest of VICTOR
ORTEGA, deceased; TAMIA ORTEGA, a
minor, by and through her guardian
Shakina Ortega and JACOB ORTEGA, a
minor, by and through his guardian
Shakina Ortega,

**CERTIFIED ORIGINAL**

Case No.
13-CV-0087-LAB-JMA

        Plaintiffs,

    vs.

SAN DIEGO POLICE DEPARTMENT, a
public entity; JONATHAN MCCARTHY,
an individual; CITY OF SAN DIEGO,
a public entity; and DOES 1
through 10,

        Defendants.

---

VIDEOTAPED DEPOSITION OF SHAKINA ORTEGA

Monday, July 1, 2013, 11:06 a.m.

401 West "A" Street, Suite 2600

San Diego, California

Reported by:

Harry Alan Palter

CSR No. 7708, Certified LiveNote Reporter

1

```
 1        anything like that?

 2             A    No.  Just in my journal.

 3             Q    Is that handwritten, or is it electronic?

 4             A    Handwritten.

 5             Q    I'm going to go over some background

 6        information first.

 7             A    Okay.

 8             Q    What is your date of birth?

 9             A    July 1st, 1984.

10                  MS. DENNING:  Yes, today is her birthday.

11                  MR. PHILLIPS:  Happy birthday.

12                  THE WITNESS:  Thank you.

13        BY MR. PHILLIPS:

14             Q    You were married?

15             A    Yes.

16             Q    And you were married to who?

17             A    Victor Ortega.

18             Q    Okay.  And when did you guys get married?

19             A    January 30th, 2004.

20             Q    Okay.  How did you meet Victor?

21             A    I met him at the trolley station by my house.

22             Q    When?  What year?

23             A    2000.

24             Q    Okay.  So you guys -- and did you start dating

25        then, or how did your relationship evolve into marriage?
```

12

Shakina Ortega

| | | |
|---|---|---|
| 1 | Q | And what are their birthdays? |
| 2 | A | Tamia was born March 8, 2006.  Jacob is |
| 3 | July 31st, 2011. | |
| 4 | Q | Okay.  And who is their biological father? |
| 5 | A | Victor Ortega. |
| 6 | Q | Did Victor ever challenge paternity with either |
| 7 | of the children? | |
| 8 | A | No. |
| 9 | Q | Okay.  Do you know if Victor's ever had a DNA |
| 10 | test? | |
| 11 | A | No. |
| 12 | Q | Did Victor have any other children? |
| 13 | A | No. |
| 14 | Q | Did Victor have a driver's license? |
| 15 | A | No. |
| 16 | Q | Did he drive? |
| 17 | A | You mean, when he died? |
| 18 | Q | Before he died. |
| 19 | A | Yes, he had a driver's license before. |
| 20 | Q | Okay.  And he drove? |
| 21 | A | Yes. |
| 22 | Q | Did Victor go by any other names? |
| 23 | A | No. |
| 24 | Q | How about you?  Have you ever used any other |
| 25 | names? | |

14

1          A    Yes.

2          Q    Okay.  So what happens next?

3          A    I told -- I told my daughter to go and wake her

4      dad up so he could take her to school.  And then she

5      come -- came back and said:  He said, you take me to

6      school.

7               And I got mad.

8          Q    Okay.  How did you -- what happened?

9          A    I was just mad.

10         Q    Why were you mad?

11         A    Because I was mad, because I wasn't feeling

12     good, and I was tired.  And I just wanted him to take

13     her to school.  I didn't want to do it.  I wanted to go

14     back to sleep.  And --

15         Q    Was he working that day?

16         A    No.  He didn't have to go to work that day.

17         Q    Okay.

18         A    And so I was mad, and I just -- I was, like:

19     What do you mean, he's not taking you to school?

20              And then I just got up, and I went over there

21     to the room where he was sleeping.  I just said:  What

22     do you mean, you're not taking her to school?

23              And he's like:  I'm tired.

24         Q    Okay.  Let's slow down.

25              When you went back into the room to talk to

                                                          85

1        Victor, where was Tamia?

2              A    In the living room.

3              Q    She stayed in the living room?

4              A    Hmm-hmm.

5              Q    Is that a "yes"?

6              A    Yes.

7              Q    Okay.  Was anybody in the room with you and

8        Victor when you started talking to Victor telling him

9        that you wanted him to take her to school?

10             A    No.

11             Q    Okay.  So what did you tell Victor?

12             A    I said:  I want -- you need to take her to

13       school.

14                  And then my sister was like:  Don't worry about

15       it.  Like, stop yelling at him.  I'll take him [sic].

16             Q    So you had raised your voice?

17             A    Yes.

18                  And then -- then my sister took 'em to school,

19       and I was still mad.  I was mad.  So after -- when they

20       left, I just -- I went in the room, and I start throwing

21       things at him.  And:  If I'm not going to be able to

22       sleep, you're not going to be able to sleep, either.

23             Q    Okay.  Let's slow down.

24                  So Omega stepped in.  Did she come back into

25       the bedroom to tell you she'll take the kids to school?

86

```
1              A    Yes.

2              Q    Screaming at him?

3              A    Yes.

4              Q    And you said that you were throwing things.

5              A    Yes.

6              Q    And if he can't -- if you can't sleep, he can't

7         sleep.

8              A    (No audible response).

9              Q    Do you recall what you -- is that a "yes"?

10             A    Yes.

11             Q    Okay.  Do you recall what you threw?

12             A    I threw a shoe at him.

13             Q    Were you standing up at the time?

14             A    Yeah.  I was standing up.  I threw it at him.

15        He just -- he just threw it in the closet.

16             Q    Okay.  Did you hit him with it?

17             A    (No audible response).

18             I just -- I was just -- I had cramps.  I was

19        irritated.  And I was just -- I was mad.  And that just,

20        turned the TV up, the volume up.  Our game was on pause,

21        and I just said:  If I can't go back to sleep, you can't

22        either.

23             And I just kept on throwing stuff at him.  And

24        he just -- he just said:  Leave me alone.  I want to go

25        to sleep.
```

                                                          89

```
 1          Q    What other things did you throw at him?

 2          A    Shoes and, like, shirts and -- stuff like that

 3     I had.  I hit him with a bat.

 4          Q    You hit him with what?

 5          A    A bat -- my baseball bat.

 6          Q    Like a Louisville slugger?

 7          A    I don't know what that is.

 8          Q    Like a real baseball bat?

 9          A    Yes.

10          Q    Okay.  Where did you hit him with the baseball

11     bat?

12          A    Like, in his leg.

13          Q    Were you standing up when that happened?

14          A    Yes.

15          Q    How many times did you hit him with the bat?

16          A    Once.

17          Q    Okay.  Do you know about how many things you

18     threw at him?

19          A    I threw, like -- anything that was around me.

20     I don't really know.

21               I know I threw my shoe, and, like, some

22     clothes, and that hat (Indicating).

23          Q    The -- the Brown Socks hat?

24          A    Hmm-hmm.

25          Q    Is that a "yes"?
```

                                                                   90

```
 1              A    I just sat down right there, and I was just
 2      yelling at him, calling him all kinda names, and he was
 3      just ignoring me.
 4              Q    What names were you calling him?
 5              A    I was, like -- like:  You're lazy -- I don't
 6      know.
 7                   Just saying mean things to him.
 8              Q    Can you recall anything specific?
 9              A    I was telling him:  Get outta here.  Just
10      leave.  Get outta here.
11              Q    Get out of the house kind of thing?
12              A    (No audible response).
13              Q    So you wanted him to get out of the house?
14              A    (No audible response).
15              Q    So you were telling him to get out of the
16      house?
17              A    Yes.
18              Q    Were you -- was it your intent for him to leave
19      permanently?
20              A    No.
21              Q    You just needed space?
22              A    Yeah.
23              Q    So what happens next?
24              A    And he -- he was -- he just said:  Fine.  I'm
25      going to leave.
```

93

1         And he kicked -- he kicked his foot up, and he

2  hit me.

3     Q  How long after you sat down on the bed before

4  he kicked you?

5     A  I don't remember.  I -- like, five minutes, ten

6  minutes.

7     Q  Okay.  So this whole time, are you angry with

8  him, yelling at him?

9     A  Yes.

10     Q  Okay.  So he says:  Fine, I'm going to leave.

11         And he kicks you with his foot?

12     A  Yes.  He was trying to kick off the blanket --

13  like just kicking off the blanket, and he kicked me in

14  my mouth.

15     Q  Are you saying that --

16     A  And then --

17     Q  Go ahead.

18     A  And I was just mad.  I just jumped up -- and I

19  just jumped up and tried to leave.  And he says:  Come

20  here.  Let me see.

21     Q  Okay.  Are you saying that when he kicked you

22  in the mouth, it was unintentional?

23     A  He didn't -- I don't think he meant to kick me.

24     Q  Was his foot, or feet, under -- under a

25  blanket?

94

```
 1          object?

 2               A    No.

 3               Q    My statement is correct?

 4               A    Correct.

 5               Q    Okay.  So this was a first time for you, Victor

 6          hitting you in the mouth?

 7               A    Yeah.

 8               Q    Has Victor ever kicked you before?

 9               A    No.

10               Q    Has Victor ever pulled your hair before, in a

11          violent or semi-violent manner?

12               A    He pulled my hair before -- for me to get off

13          of him.

14               Q    So, in self-defense?

15               A    Yes.

16               Q    Okay.  So it sounds like the only time Victor's

17          grabbed your hair or pushed you was out of self-defense?

18               A    Yeah.

19               Q    He's never physically abused you?

20               A    Mm-mmm.

21               Q    Is my statement correct?

22               A    Yes.

23               Q    Okay.  Have you ever complained to anybody

24          about Victor abusing you, before that day?

25               A    No.

                                                              115
```

1          Q    Have you ever called the police on Victor for

2     abusing you?

3          A    Yes.

4          Q    Tell me about that.  What happened?

5          A    I don't remember specifically, but it's always

6     if he pushed me or to get away from him.  Like:  Don't

7     put your hands on me.  I'm calling the police on you.

8               Stuff like that.

9          Q    How many times did that happen?

10         A    I don't remember.

11         Q    Can you give me an estimate?  More than --

12         A    Probably like ten.  I'm not sure.

13         Q    So you called the police ten times on Victor

14    for pushing?

15         A    Probably.

16         Q    Were they violent pushes?

17         A    No.

18         Q    Were you ever injured?

19         A    No.

20         Q    Were any of those ten times that he pushed you

21    and you called the police, a time when Victor was not

22    acting in self-defense?

23         A    No.

24         Q    So they were all acting in self-defense?

25         A    Yes.

116

```
1            A    Yes.
2            Q    And you don't recall what the phone number was?
3            A    I don't remember.
4            Q    Did you guys have a land line?
5            A    No.
6            Q    Was there a reason you didn't have a land line?
7            A    Because we just had cell phones.
8            Q    Okay.  When you called 911, what did you tell
9       911?
10           A    I told them --
11                MR. SHANAHAN:  The day of the incident?
12                MR. PHILLIPS:  Exact -- thank you.
13      BY MR. PHILLIPS:
14           Q    On the day of the incident, what did you --
15           A    Told them that my husband beat me up.  And I
16      needed an ambulance and the police.
17           Q    Do you recall anything else that you said?
18           A    I said that he kicked me, and he punched me.
19           Q    You told 'em that he punched you?
20           A    Yes.
21           Q    Why did you tell them that he punched you?
22           A    Because I was mad.
23           Q    So that was a lie?
24           A    Yes.
25           Q    What else did you tell them?
```

                                                            118

1    window for police cars, if you know?

2          A    No.  He was -- he was in the back living room.

3          Q    Was he able to see the street from where he

4    was?

5          A    No.  I was, though.

6          Q    How was -- were you looking through a window or

7    something?

8          A    There was a window in my front living room.

9    And he was in the second living room.  So where I was

10   standing in the middle, I could see out there.

11         Q    And --

12         A    So after he left, I turned around.  I was going

13   to go sit down, and that's when I seen the cars.  And I

14   went outside.

15         Q    The police cars?

16         A    Hmm-hmm -- yes.

17         Q    Okay.  So you're saying that Victor left the

18   house before the police arrived?

19         A    Yes.

20         Q    And you didn't go outside until you saw the

21   police cars outside?

22         A    Yes.

23         Q    Okay.  And what happened next?

24         A    I went outside and -- I went outside and stood

25   in front.  There was two cars parked in front of my --

                                                          123

1    in front of me -- in front of my house.

2         Q    Police cars?

3         A    No.  Just regular cars.

4         Q    Oh.

5         A    And Jonathan McCarthy parked right across the

6    street.  The other officer was making a U-turn on that

7    street -- I don't remember what that street is called --

8    on that street.  And then I said:  He left.

9         And then the black officer said:  I see him

10   right there, but I'm not about to go chase after him.

11        And Jonathan McCarthy was out of his car, and

12   he was walking towards me.  And then the other officer

13   drove off that way (Indicating).  And then Officer

14   McCarthy jumped back in his car and went that way

15   (Indicating).

16        MR. PHILLIPS:  Okay.  We'll mark as Exhibit

17   No. 5 -- it's a Google Street image.

18        (Exhibit 5 marked)

19   BY MR. PHILLIPS:

20        Q    Do you see on there where were you standing

21   when you first talked to the police officers?  The area?

22        A    I was standing right here (Indicating).

23        Q    Okay.  Can you draw an "X" there on Exhibit 5

24   where you were standing?

25        A    (Complies).

                                                    124

```
1        Q    Okay.  Can I get my pen back?  Thanks.
2             So that's where you drew an "X" on Exhibit 5
3    where you made contact with the police?
4        A    Yes.
5             MR. PHILLIPS:  Okay.  Now, I have an overhead
6    we'll mark as Exhibit 6.
7             (Exhibit 6 marked)
8    BY MR. PHILLIPS:
9        Q    And maybe we can get a little bit more bearing
10   on where you saw the police cars.
11       A    Okay.
12       Q    Before we go there, just really quick, can you
13   describe your understanding of what Officer McCarthy
14   looked like?
15       A    Like, a white guy.  I didn't really look at
16   him.  I was talking to the other officer, so I didn't --
17   to me, he just seemed tall.  I probably just glanced at
18   him for a second or two.
19       Q    Okay.  Did the officers arrive simultaneous or
20   one before the other?
21       A    They were right back-to-back.  And Officer
22   McCarthy was in the front, and he put it right here
23   (Indicating), and other officer just drove around him,
24   like that (Indicating).
25       Q    Okay.  Why don't you -- you said McCarthy
```
                                                         125

```
 1            parked across the street?

 2                  A    Yes.

 3                  Q    Okay.  Can you draw a box and little triangle

 4            with a little "M" in it for where McCarthy parked.

 5                       Okay.  Can you now draw a line where the other

 6            officer drove his car, did the U-turn and where he

 7            parked.

 8                  A    He drove like this (Indicating).

 9                  Q    Perfect.  And did he park there?

10                  A    He didn't turn his car off.  It was still

11            running.

12                  Q    Okay.

13                  A    But he stayed right here (Indicating).

14                  Q    He stayed right where the line ends on that

15            intersection?

16                  A    Hmm-hmm.

17                  Q    Okay.  Can you put just a zero or an "O" there

18            for me.

19                  A    (Complies).

20                  Q    That's where he stopped -- paused?

21                  A    Yes.

22                  Q    Car running?

23                  A    Yes.

24                  Q    Okay.  So what -- were you outside when he

25            stopped his car?

                                                              126
```

```
 1            A    Yes.  Well, McCarthy?

 2            Q    Yes.

 3            A    Yes.  I was standing right here.  There was two

 4       cars right here.

 5            Q    Okay.  Why don't you draw a little star where

 6       you were standing.

 7            A    (Complies).

 8            Q    Perfect.

 9                 MR. PHILLIPS:  And that's all on Exhibit 6.

10       BY MR. PHILLIPS:

11            Q    Now, what happens -- can you run me through

12       what happens again?

13            A    Okay.  I got right here (Indicating), and I was

14       talking to this officer who was right here (Indicating).

15       And I just said:  He left.

16            Q    Hold on.

17                 Now, when you say "here," you were standing

18       where the star was, and you were talking?

19            A    Yeah.

20            Q    To the officer?

21            A    Yes.

22            Q    Where the zero is?

23            A    Yes.

24            Q    Okay.  And what did you say?

25            A    That he left.
```

127

```
 1                   And then from right here (Indicating), you

 2        could see -- there is the walkway.  So you would be able

 3        to see.  And he said:  I see him right there, but I'm

 4        not about to go chase after him.

 5              Q   Okay.  Let's pause there.

 6                   Where was McCarthy -- I'm sorry.  Where was

 7        Victor?

 8              A   I don't know where Victor was, because he left

 9        out of my house before they got there.

10              Q   Can you draw a line in a blue pen where he

11        went?

12                   MS. DENNING:  It calls for speculation.  Lacks

13        foundation.

14        BY MR. PHILLIPS:

15              Q   If you know.

16              A   I mean, I'm not -- I don't know where he went.

17        He left out of my house.  Right here is our back door

18        (Indicating).  This is our garage (Indicating).  So he

19        left out of this area right here (Indicating).

20              Q   Okay.  Now, can you put a square around that

21        little "x"?

22              A   Okay.

23              Q   So the square with the "x" is where the -- the

24        area where Victor left your residence.

25              A   Yes.
```

U.S. LEGAL SUPPORT
(619) 573-4883

```
 1          Q    Okay.  And where he went after that, you don't
 2     know.
 3          A    I don't know.
 4          Q    Okay.  Can I get my pen?  Thank you.
 5               Okay.  What is the next thing that you remember
 6     happening?
 7          A    After the black officer said that, I just -- I
 8     said:  Okay.
 9               By the time, my attitude was:  Okay.
10               And I look over, and I see Jonathan McCarthy
11     walking towards me.  And then all of a sudden, this
12     officer just like screeches off, like -- you know, made
13     like the tire screech.  And he's gone.  And he, Jonathan
14     McCarthy, just turned around, ran back to his car --
15     jumped in his car.  He made that same U-turn except for
16     this time, he went this way (Indicating).
17          Q    Okay.  So the officers followed themselves
18     toward the left part of Exhibit 6 on the photograph?
19          A    This officer went that way (Indicating), and
20     McCarthy went this way (Indicating).
21          Q    Oh, they went in opposite directions?
22          A    Yes.
23          Q    I see.
24               And the African-American officer said:  I see
25     him, but I'm not about to chase him?
```

129

```
1         A    He says:  I see him, but I'm not about to go
2    chase after him.
3              And then he drove off that way (Indicating).
4         Q    Okay.  So the African-American officer drove
5    toward the right side of Exhibit No. 6?
6         A    Yes.
7         Q    McCarthy hooked a U-turn and went toward the
8    left side of the photograph, Exhibit 6?
9         A    Yes.
10        Q    Did you have any words with Officer McCarthy?
11        A    No.
12        Q    Okay.  Were you pointing -- you know:  He went
13   that way, or he went this way, or was running?
14        A    I said:  He left.
15             I was probably pointing (Indicating) to the
16   back -- that's all.
17        Q    Okay.  You said:  He left.
18        A    Hmm-hmm.
19        Q    Is that a "yes"?
20        A    Yes.
21        Q    Did you say anything else to the officers?
22        A    No.
23        Q    Just:  He left?
24        A    That he left.
25             And he said:  I see him right there, but I'm
```

130

1    not about to chase after him.

2            And that was it.  I didn't say anything else to

3    them.

4            Q   Did you give a description at all?

5            A   No.

6            Q   How long was the interaction with the officers

7    out in front?

8            A   Seconds.  Just as long enough for him to say:

9    I see him right there.  I'm not going to chase after

10   him.

11           He was gone.  He left after that.

12           Q   How long after Victor got up and started

13   leaving were the officers on the scene?

14           A   Like a minute.

15           Q   Was Victor in a hurry?  Was he running?

16           A   No.  He wasn't running.  He just said:  I'm

17   going to let you calm down.  That's what -- all he said,

18   and just walked out the door.

19           Q   Okay.

20           MS. DENNING:  Is now a good time to take a

21   break?

22           MR. PHILLIPS:  Sure.  Absolutely.

23           MS. DENNING:  Great.

24           THE VIDEOGRAPHER:  Going off the record.  The

25   time is 2:13 P.M.

                                                    131

```
 1              A    Yes.  And I knew it was a social worker,

 2       because at the end, she's the same one who came in the

 3       room with us.

 4              Q    Okay.  So what happened next?

 5              A    And then after the doctor wrote up my discharge

 6       papers -- and then I was getting ready to leave.  And

 7       Anjelica told me to go into the -- she said:  We need --

 8       before you leave, we need to talk to -- the social

 9       worker needs to talk to you.

10                   That's what she said.

11                   Went in the room, and it was her and the other

12       officer, and the social worker and me.  And then that's

13       when she told me -- she said:  What I'm about to tell

14       you --

15              Q    And before we get into that, I do have one

16       other question.

17                   So at that point, before you got to the social

18       worker the second time, you were waiting on the doctor

19       to write up the discharge papers?

20              A    Yes.

21              Q    And then go see the social worker?

22              A    Yes.

23              Q    Okay.  So what happens next?

24              A    And then when we went into the room, she

25       just -- she said -- she said:  What I'm about to tell
```

160

```
 1          you is going to be very devastating.

 2                  And I thought -- I thought that she was going

 3          to tell me that they're taking my kids way.

 4                  But then she said what happened.  She said:

 5          What happened today was that Victor got into a fight

 6          with a police officer.

 7                  And I said:  No, he didn't.

 8                  And then she said:  And he was shot.

 9                  And I said:   Well, where is he?  At what

10          hospital is he at?

11                  And she said:  He's not at a hospital, because

12          he died.

13                  And then I said -- I just said -- I told her

14          that she's a liar, and she lied to me.  And I told her:

15          Why didn't they tell me?

16              Q    Was it a private room?

17              A    Yeah.

18              Q    That's a "yes"?

19              A    Yes.

20              Q    Okay.  And I want to go back to one of the

21          things you said.  You thought they were taking your kids

22          away.

23                  Why did you think they were going to take the

24          kids away?

25              A    Because I thought that just because it was a
```

                                                                    161

1    domestic violence, they were going to take my kids away

2    from me. And that's when I told her that I want to go

3    down to the courts and get a divorce, because I wasn't

4    going to say anything for them not to take my kids away.

5    But I wasn't going to divorce him. I just didn't want

6    them to try to take kids away from me.

7         Q    Did you tell anyone that day that you were

8    going to get -- you were going to divorce Victor?

9         A    I told that to Anjelica Navarro, only because I

10   thought that she was going to try to take my kids away

11   from me.

12        Q    Who was in the room when the social worker was

13   telling you about Victor's death?

14        A    Anjelica Navarro was telling me about his

15   death. And she's the one that told me, not the social

16   worker. The social worker was just there. She was just

17   hugging me.

18        Q    Okay.

19        A    It was the other officer -- I don't know his

20   name -- and her and me.

21        Q    The uniformed officer?

22        A    Yeah.

23        Q    "Yes"?

24        A    Yes.

25        Q    So it was just Anjelica, the uniformed officer,

                                                            162

```
 1              you, and the social worker?

 2                   A    Yes.

 3                   Q    And Anjelica is the one who told you?

 4                   A    Yes.

 5                   Q    Okay.  What happens next?

 6                   A    I just started crying.  And I just told them:

 7         Why (mumbling) --

 8                   THE REPORTER:  I'm sorry, Ma'am.  I'm sorry.  I

 9         can't --

10                   (Record read by the reporter as follows:)

11                        "QUESTION:  And I just told

12                   them:  Why" --

13                   THE WITNESS:  I just asked them:  Why did they

14         shoot him?

15                   And the officer said:  I wasn't there.  It

16         wasn't me.

17                   And I said:  Why did you lie to me?  You guys

18         knew all this time?  Why didn't you tell me?

19                   And she said:  I promise, I didn't know.  I

20         promise you, I didn't know.

21         BY MR. PHILLIPS:

22                   Q    What else did you guys discuss?

23                   A    And that's all.

24                   And I just told them -- I just told the social

25         worker:  I needed to call my mom.
```

                                                                    163

Shakina Ortega

```
 1                 DECLARATION UNDER PENALTY OF PERJURY

 2

 3              I, Shakina Ortega, do hereby certify under

 4        penalty of perjury that I have read the foregoing

 5        transcript of my deposition taken on July 1, 2013; that

 6        I have made such corrections as appear noted on the

 7        Deposition Errata Sheet, attached hereto, signed by me;

 8        that my testimony as contained herein, as corrected, is

 9        true and correct.

10

11              Dated this 30 day of August, 20 13, at

12        San Diego, California.

13

14

15        _____

16                  Shakina Ortega

17

18

19

20

21

22

23

24

25
```

241

CONFIDENTIAL

# EXHIBIT B

CONFIDENTIAL

# EXHIBIT C

# EXHIBIT D

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SHAKINA ORTEGA, individually, and
as successor of interest of VICTOR
ORTEGA, deceased; TAMIA ORTEGA, a
minor, by and through her guardian
Shakina Ortega, and JACOB ORTEGA, a
minor, by and through his guardian
Shakina Ortega,

**CERTIFIED COPY**

                    Plaintiffs,

        vs.                          Case No.
                                     13-CV-0087-LAB-JMA
SAN DIEGO POLICE DEPARTMENT, a
public entity; JONATHAN MCCARTHY,
an individual; CITY OF SAN DIEGO,
a public entity; and DOES 1
through 10,

                    Defendants.

_____


        VIDEOTAPED DEPOSITION OF JONATHAN McCARTHY

                      Volume I

                  February 11, 2014

                    10:08 a.m.


            1230 Columbia Street, Suite 400

                San Diego, California


REPORTED BY:
Renee K. Papierniak
CSR No. 7056


                                                    1

```
 1              corrections officer?

 2                   A.   Yes.

 3                   Q.   Where?

 4                   A.   At the Souza-Baranowski Correctional Center.

 5                   Q.   And what were your job duties?

 6                   A.   I was assigned to a housing unit every day

 7              working in the prison as a corrections officer.

 8                   Q.   And what did your duties in the housing unit

 9              entail?

10                   A.   Care and custody and control of 60 to 100

11              inmates, maximum security.

12                   Q.   How long were you there?

13                   A.   About two and a half years.

14                   Q.   As a corrections officer, on a daily basis, did

15              you carry any weapons?

16                   A.   No.

17                   Q.   Handcuffs?

18                   A.   Yes.

19                   Q.   After your two and a half years as a corrections

20              officer in Massachusetts, what did you do next?

21                   A.   I was hired by the San Diego Police

22              Department.

23                   Q.   And you attended the academy at Miramar?

24                   A.   Yes.

25                   Q.   How long at the academy?

                                                              14
```

```
1              A.   Six months.

2              Q.   And when did you graduate?

3              A.   April of 2010.

4              Q.   Did you go straight to work for the San Diego

5     Police Department?

6              A.   Yes.

7              Q.   As a patrol officer?

8              A.   Yes.

9              Q.   What is your current position with the San Diego

10    Police Department?

11             A.   Police officer.

12             Q.   In April of 2010, where were you assigned in San

13    Diego?

14             A.   Western Division.

15             Q.   And what were your duties and responsibilities

16    as a parole officer -- as a patrol officer for the

17    Western Division?

18             A.   I was assigned a field training officer at that

19    time.

20             Q.   And what were your duties?

21             A.   To provide safety and security and service for

22    the citizens of San Diego.

23             Q.   Field training office?

24             A.   Officer.

25             Q.   Officer.  Okay.  Who was your supervisor?
```

                                                                15

```
 1                    A.   A matter of a second or two.

 2                    Q.   What did you do next?

 3                    A.   Well, Officer Maynard got on the radio, and I

 4          heard him say the suspect had fled northbound.  So I

 5          stayed in my vehicle.

 6                    Q.   Okay.  What's the next thing that you did?

 7                    A.   I turned my vehicle around and started searching

 8          for the suspect.

 9                    Q.   Did you have any -- strike that.

10                    Did Officer Maynard say anything else over the

11          radio?

12                    A.   I don't recall.

13                    Q.   After you heard that the suspect fled, did you

14          say anything?

15                    A.   I said I was going to look for the suspect.

16                    Q.   And so that's what you did.  Can you just

17          describe the route that you took to look for him?

18                    A.   I turned around and went westbound on Flanders,

19          and the first major northbound street was Westonhill.  So

20          I went north on Weston.

21                    Q.   Did you have any communications with anyone at

22          that time?

23                    A.   Just myself and the dispatcher.

24                    Q.   Okay.  What did the dispatcher say?

25                    A.   Well, I was telling her where I was looking, and
```

                                                                    24

| 1 | she was relaying it to other officers. |
| 2 | Q.   Okay.   What's the next thing you did? |
| 3 | A.   I began looking to the east inside the driveways |
| 4 | for the suspect. |
| 5 | Q.   And did you see him? |
| 6 | A.   Yes. |
| 7 | Q.   Where did you -- where was he when you first saw |
| 8 | him? |
| 9 | A.   He was walking westbound in one of the driveways |
| 10 | off of Westonhill. |
| 11 | Q.   And where were you when you first saw him? |
| 12 | A.   On Westonhill. |
| 13 | Q.   Did you park your car? |
| 14 | A.   Yes. |
| 15 | Q.   Where did you park your car? |
| 16 | A.   Well, I drove into the driveway that I saw the |
| 17 | suspect in, and I parked in that driveway. |
| 18 | Q.   Okay.   And what did you do next? |
| 19 | A.   He turned around and started running away, so I |
| 20 | got out and ran after him. |
| 21 | Q.   Did you make eye contact with him? |
| 22 | A.   From a distance. |
| 23 | Q.   What was he wearing? |
| 24 | A.   I remember a black hoodie, a jacket-type, and |
| 25 | black shorts. |

25

1     guess.  I can't demonstrate exactly where his hands

2     were.

3     BY MS. DENNING:

4          Q.  Could you see his palms?

5          A.  I don't recall seeing them.

6          Q.  Did he have anything in his hands?

7          A.  No, not that I saw.

8          Q.  At that point, what information did you have

9     about Victor Ortega?

10          MR. PHILLIPS:  As much as you can recall here

11     today, go ahead.

12          THE WITNESS:  At that point, I did not know who

13     he was at all.

14     BY MS. DENNING:

15          Q.  Had you ever responded to any calls at Victor

16     Ortega's home?

17          A.  No.

18          Q.  You didn't know Victor Ortega from a prior

19     occasion?

20          A.  No.

21          Q.  Do you have any information about any prior

22     record that he had?

23          A.  Not at that time.

24          Q.  And not at any time before the shooting.

25     Correct?

                                                            29

1            A.   Correct.

2            Q.   What information did you have about the initial

3     call?

4            MR. PHILLIPS:   Same thing.   What you can recall

5     here today.

6            THE WITNESS:   From what the reporting party

7     called in, when she called 911, she said her husband had

8     hit her and she was bleeding from the mouth, and she was

9     requesting medics.

10    BY MS. DENNING:

11           Q.   That information was communicated to you through

12    the dispatcher.   Correct?

13           A.   Yes.

14           Q.   You didn't hear the 911 call.   Correct?

15           A.   Correct.

16           Q.   Anything else that you had in terms of

17    information about either the incident or Mr. Ortega?

18           MR. PHILLIPS:   Vague as to time because I know

19    there was more communications with Maynard later.   So

20    whatever you can recall.

21           THE WITNESS:   At the time, he was a fleeing

22    felon.   If he did in fact hit or kick her wife and she

23    was bleeding, that's a felony.   At the time he was

24    running away from me, I didn't know anything about him

25    except that he was a fleeing felon.

30

1    BY MS. DENNING:

2         Q.  Can you describe him?

3         A.  Tall, long black hair, skin tone similar to

4    mine.  I remember a goatee.

5         Q.  Do you know what ethnicity he was?

6         A.  I thought he was white.

7         Q.  Did you know his name at that point?

8         A.  No.

9         Q.  At any point before the shooting, did you -- did

10   you know his name?

11        A.  No.

12        Q.  Okay.  So after you enter the gate and Victor

13   has his hands out, what did you do next?

14        A.  I grabbed him with both of my hands attempting

15   to arrest him.

16        Q.  Where -- where -- describe where your hands were

17   placed on him?

18        A.  I believe I just wrapped my arms around his

19   body.

20        Q.  Like a bear hug?

21        A.  Similar.

22        Q.  And what did he do?

23        A.  He continued to move his body around in a -- I

24   couldn't get control of him.  He was telling me to get

25   off him.

31

1          Q.   Did he say anything else at that point?

2          A.   I don't recall.

3          Q.   And where -- did you have your arms around his

4     upper body, middle body, lower body?

5          A.   Probably around his middle body.

6          Q.   And after he said "Get off me," what did you

7     do?

8          A.   I gave him verbal instructions to "Get on the

9     ground" or "Get down," and he continued to resist.

10         Q.   Okay.  Was he trying to get away?

11         A.   Maybe.

12         Q.   Is that what you thought at the time, that he

13    was trying to get away?

14         A.   At the time when we were actually physically

15    fighting each other, he was trying to fight with me.

16         Q.   When you say "physically fighting each other,"

17    did he ever take a swing at you?

18         A.   No.

19         Q.   Did he ever shove you?

20         A.   Yes.

21         Q.   And can you describe -- at what point did he

22    shove you?

23         A.   We shoved each other multiple times during

24    this -- during the fight.

25         Q.   Was he trying to get you off of him?

                                                          32

1          A.   Yes, I believe so.

2          Q.   And you said "multiple times" you shoved each

3     other.  Can you explain that?

4          A.   Using his body weight, shoving me against the

5     wall, myself trying to get him on the ground.  We were

6     bouncing back and forth on each side of the wall of the

7     carport.

8          Q.   And was he saying anything at this point?

9          A.   All I remember was "Get off me."  That's all I

10    remember at that point.

11         Q.   Okay.  So you were bouncing off of the walls.

12    This was of the corridor?

13         A.   Yes.

14         Q.   Can you describe the corridor, the dimensions of

15    it?

16         A.   Not exactly, but it was long and narrow.  The

17    wall is high.

18         Q.   Do you recall approximately how wide that the

19    corridor was?

20         A.   Maybe four feet.

21         Q.   Cement on the bottom?

22         A.   Some cement and some wood.

23         Q.   The ground -- did the ground have wood on it as

24    well?

25         A.   The ground was cement.  I'm sorry, the walls

                                                              33

1    were partially cement, and then there was some wood slats

2    as well.

3         Q.   Okay.  Thank you.  So after you were bouncing

4    off of the walls, what happened next?

5         A.   Well, at that point, I realized he's not

6    complying, he's not going to go to the ground on his own,

7    so I used one of my legs and pulled him over my leg to

8    get him to the ground.

9         Q.   Can you explain how you did that?

10        A.   I just put one of my legs behind his and used

11   both of our body weights to take him to the ground, kind

12   of like tripping.

13        Q.   What leg did you use?

14        A.   I believe it was my left leg.

15        Q.   And you carried at that time a secondary weapon.

16   Is that correct?

17        A.   Yes.

18        Q.   What kind?

19        A.   It was a revolver.

20        Q.   And you had a holster for that.  Is that

21   correct?

22        A.   Yes.

23        Q.   And what kind of holster?

24        A.   I don't recall the manufacturer.  It's an ankle

25   holster.

                                                           34

1    went, you know, public safety-type answers. And I tried

2    telling him what happened. And he kept -- he kept

3    cutting me off and said, you know, "Tell me about --

4    where the shots went. Did they go into the wall? Did

5    they hit him?"

6        Q.  Do you know where the shots went?

7        A.  Yes.  They both hit him.

8        Q.  And did you know that at the time?

9        A.  Yes.

10       Q.  And were you able to tell -- when you were

11   giving CPR, were you ultimately able to tell where they

12   went?

13       A.  Not during CPR.  The first shot I fired, with

14   the focus that was going on, I saw it hit him in the

15   stomach.

16       Q.  So the first shot hit him in the stomach?

17       A.  Yes.

18       Q.  Do you know where the second shot hit him?

19       A.  I did not see where it hit.  I just know it hit

20   because immediately when I fired it, he went down.

21       Q.  Did you change the position of your hands

22   between the firing of the two shots?

23       A.  The only change would have been from recoil from

24   the gun.

25       Q.  And I said "hands," but did you have both hands

52

1     was one of the most popular holsters.

2          Q.   Do you know anybody else who has the same one?

3          A.   I know of people that have in the past.  Not

4     many people carry backups right now.  I know of officers

5     that have carried them with that holster.

6          Q.   Do you recall who you spoke with at the

7     California Police Equipment store?

8          A.   No.

9          Q.   Do you know if there is any policy in the San

10    Diego Police Department regarding the type of holster

11    that you have to carry -- or that you can carry for a

12    secondary weapon?

13         A.   My understanding is that that holster was within

14    policy.

15         Q.   And is there a written policy to that effect?

16         A.   All policies are written, yes.

17         Q.   So it's your testimony that you think there is a

18    written policy somewhere that approves that particular

19    holster?

20              MR. PHILLIPS:  Objection.  Mischaracterizes his

21    prior testimony, lacks foundation.  You can give her your

22    understanding.

23              THE WITNESS:  I haven't seen it, that written

24    policy, but if there is a policy, it's written, I'm

25    assuming.

66

1       passed?

2            A.   I remember hearing the noise while we were --

3       just before I took him to the ground, while we were still

4       standing.  But, again, I don't know if that was the noise

5       of the gun falling out, or it could have been that gate,

6       the wind pushing that gate shut.

7            Q.   How much time passed between the time that you

8       noticed your secondary weapon and the time that you

9       actually pushed your secondary weapon away?

10           A.   Maybe about ten seconds.

11           Q.   And during those ten seconds, what were you

12      doing?

13           A.   Trying to handcuff him.

14           Q.   Do you know if the department keeps any

15      documentation of the inspections of your equipment, if

16      you know?

17           A.   I don't know.

18           Q.   When did you -- strike that.

19                Did you select your primary weapon holster, or

20      was it given to you?

21           A.   I selected it.

22           Q.   And what made you choose the one that you

23      selected?

24           A.   It felt the most comfortable for me when I was

25      drawing my weapon.

70

```
 1         back in.

 2                Q.   How long did it take you to do that?

 3                A.   Less than a second.

 4                Q.   And while you were reholstering your Taser, what

 5         was Victor Ortega doing?

 6                A.   Continuing to move his body around and wiggle

 7         his body and struggle.

 8                Q.   Prior to June 4, 2012, had you ever shot

 9         anyone?

10                A.   No.

11                Q.   Prior to June of 2012, aside from training that

12         you received in the academy, had you received any

13         training regarding use of force?

14                MR. PHILLIPS:   Vague and ambiguous.   But go

15         ahead.

16                THE WITNESS:   Just academy training.

17         BY MS. DENNING:

18                Q.   Why didn't you warn Victor Ortega before you

19         shot him?

20                A.   I had no time.

21                Q.   Did anyone in the San Diego Police Department

22         have any follow-up questions for you after the date of

23         this incident?

24                A.   I don't think so -- no, I don't recall.

25                Q.   Did you ever talk to Sergeant Karsh about this
```

77

1          him.

2                Q.   And when did you decide that you were going to

3          pull out your primary weapon?

4                A.   When I pushed my revolver away and he did not

5          have it in his hand.

6                Q.   And he did not have what in his hand?

7                A.   The revolver.

8                Q.   Earlier, you testified that when you saw the

9          revolver by Victor, you pushed it away from him.

10         Correct?

11               A.   After he reached and touched it.

12               Q.   After he touched it.   Did you grab his hand?

13               A.   I did not grab.

14               Q.   Did you push his hand?

15               A.   I pushed his arm.

16               Q.   His arm, not his hand?

17               A.   Right.

18               Q.   And when you pushed his arm, did you push his

19         arm away from the gun?

20               A.   Yes.

21               Q.   In what direction?

22               A.   Most likely to the left.

23               Q.   And on what side of you was Victor?

24               A.   My left.

25               Q.   And on what side of Victor was the gun?

                                                                    86

1          A.   The right.

2          Q.   And when you were able to push the gun, in what

3     direction did you push the gun?

4          A.   Straight away.

5          Q.   Was it out of Victor's reach at that point?

6          A.   I believe it was.

7          Q.   When you drew your primary weapon, did you

8     intend to shoot Victor?

9          A.   If he was still coming at me.

10         Q.   If he was still coming at you.  So had he

11    previously been coming at you?

12         A.   Well, the whole incident, struggling and

13    fighting inside the breezeway.  My main thought was, when

14    I'm turning and pulling my pistol out, he's either doing

15    -- three things.  Laying there still, which would be

16    great; running the other way, okay, holster up, resume

17    the chase; or, three, he's coming at me.  And he was

18    coming at me.  He was lunging at me.

19         Q.   How did you know that he wasn't just trying to

20    run away?

21         A.   Because he was lunging right at me.  There was

22    an escape route right behind him, no door.

23         Q.   When -- at what point in your mind did you feel

24    like Victor was no longer trying to get away from you?

25         A.   When I -- when he reached up and grabbed my

87

1      revolver, I knew he was not trying to get away.

2              Q.   When he grabbed your revolver?

3              A.   Yes.

4              Q.   When did he do that?

5              A.   When he reached to grab the revolver.

6              Q.   The secondary weapon?

7              A.   Yes.

8              Q.   So that's the first time during this incident

9      that you felt that Victor was not trying to get away from

10     you?

11             A.   No.  At that point, he was trying to kill me.

12             Q.   But my --

13                  MS. DENNING:  Can I have my question read back.

14                  (Record read.)

15     BY MS. DENNING:

16             Q.   You previously testified that Victor was trying

17     to get away from you at the initial stages of the chase.

18     Correct?

19             A.   Correct.

20             Q.   At what point did you feel like he was no longer

21     trying to get away from you?

22                  MR. PHILLIPS:  Objection.  Asked and answered.

23     He just answered this.  But go ahead, you can answer

24     again.

25                  THE WITNESS:  When he reached for the revolver,

                                                              88

```
 1              Q.   The day before this incident occurred, you

 2        suffered an injury.  Is that correct?

 3              A.   Yes.

 4              Q.   What was your injury?

 5              A.   I tweaked my knee.

 6              Q.   What do you mean by you "tweaked your knee"?

 7              A.   I was jumping over a fence, landed wrong.

 8              Q.   What were you doing when you were jumping over a

 9        fence?

10              A.   I was chasing a suspect.

11              Q.   Did you catch him?

12              A.   Yes.

13              Q.   Where -- where did this occur?  Where was this

14        fence that you jumped over?

15              A.   In Mira Mesa.  I don't recall what street.

16              Q.   And can you explain how it is that you -- well,

17        strike that.

18                   What kind of fence was it?

19              A.   I believe it was a wooden fence.

20              Q.   How high was it?

21              A.   Maybe six feet.

22              Q.   And did you scale over the fence?

23                   MR. PHILLIPS:  Objection.  Vague and ambiguous.

24        Do you understand the question.

25                   THE WITNESS:  I understand.  I just remember
```

                                                              93

```
 1            jumping over it.  I don't know how I did it.
 2       BY MS. DENNING:
 3            Q.   And which knee is it that you injured?
 4            A.   It was my left.
 5            Q.   And did you land on it wrong?
 6            A.   That's my only assumption.  I landed on it
 7       wrong.
 8            Q.   Did you fall to the ground after you jumped over
 9       the fence?
10            A.   No.
11            Q.   Did you have any scrapes or bruises from that
12       incident?
13            A.   No.
14            Q.   Did you report that injury?
15            A.   Yes.
16            Q.   Who did you report it to?
17            A.   Sergeant Karsh.
18            Q.   And what did you -- strike that.
19                 When did you report that injury to him?
20            A.   Later on that afternoon.
21            Q.   And was that a written report or verbal
22       report?
23            A.   At the time, verbal, and then I filled out a
24       minor injury report which is written.
25            Q.   When did you do that?
```

94

1          A.   Right after I talked to him.

2          Q.   That same day?

3          A.   Yes.

4          Q.   What -- that's a one-page report?

5          A.   Yes.

6          Q.   What did you tell Sergeant Karsh about what

7     happened the day before this incident?

8          A.   Well, he knew I chased someone and arrested him.

9     So later on that day, I told him, "Hey, I hurt my knee

10    jumping over a fence.

11         Q.   And why did you report that injury to Sergeant

12    Karsh?

13         A.   We're required to.

14         Q.   Why?

15         MR. PHILLIPS:   Objection.   Calls for

16    speculation, lacks foundation.   You can tell her your

17    understanding, if you have one.

18         THE WITNESS:   If we're hurt on the job, we're

19    required to -- we're just required to tell a

20    supervisor.

21    BY MS. DENNING:

22         Q.   And what did he tell you after -- after you

23    reported it?

24         A.   He asked me if I needed to go to the hospital.

25    I said "No," and then he told me to "Fill out a minor

95

1    injury."

2          Q.   Did he tell you anything else?

3          A.   I don't recall.

4          Q.   Did you seek any medical attention that day?

5          A.   No.

6          Q.   Why not?

7          A.   It didn't hurt that bad.

8          Q.   Can you describe the pain that you were feeling

9    after that injury?

10         A.   It was a dull pain in my knee.  Not severe.

11         Q.   Was it a constant pain?

12         A.   No.

13         Q.   Did it hurt only when you were doing certain

14   things?

15         A.   Sometimes.

16         Q.   Like what?

17         A.   Bending, sometimes going up and down stairs.

18         Q.   When you were chasing Victor Ortega, was your

19   knee bothering you at that point?

20         A.   No.  I didn't even feel it.

21         Q.   Did you feel it after the incident?

22         A.   That night.

23         Q.   Did you do anything or take anything for the

24   pain?

25         A.   No.

96

```
 1          going to work on Victor?
 2                    MR. PHILLIPS:  Vague and ambiguous as to "work"
 3          now.  What's the definition of "work."  But if you
 4          understand the question, go ahead.
 5                    THE WITNESS:  No, I was not concerned.
 6          BY MR. PHILLIPS:
 7               Q.   Why was it that you put your Taser away?
 8               A.   Well, at that point, my revolver -- I realized
 9          it was out, and I did not want to be involved in a deadly
10          force action with a Taser in my hand.  It would have been
11          different if my partner was there over me, but he wasn't.
12          I was by myself.
13               Q.   Why didn't you wait for backup?
14               A.   At what point?
15               Q.   At the point when you were engaging Victor in a
16          struggle?
17               A.   Well, you're struggling with someone, you can't
18          say, "Hey, wait, let me get backup before we continue."
19          He's struggling with me.
20               Q.   Couldn't you have let him go?
21               A.   Then I'm not doing my job.
22               Q.   Aren't there occasions where you have to weigh
23          whether or not there is such an imminent threat against
24          the possibility that something could go wrong?
25                    MR. PHILLIPS:  Objection.  Calls for
```

                                                                99

| | |
|---|---|
| 1 | speculation, lacks foundation, vague and ambiguous as to |
| 2 | "imminent threat," among other things. |
| 3 | Do you understand the question? |
| 4 | THE WITNESS:  Yes. |
| 5 | MR. PHILLIPS:  Okay.  You can answer it. |
| 6 | THE WITNESS:  Yes, there are circumstances where |
| 7 | you would stop chasing somebody.  If the public's safety |
| 8 | was at threat, if -- well, let me backtrack.  When I'm |
| 9 | chasing him, he -- as far as I knew, he beat up his wife |
| 10 | and she was bleeding, she had an injury.  There was |
| 11 | nothing visible to me that showed if I keep chasing him, |
| 12 | something bad is going to happen.  Whereas, if I stopped |
| 13 | and let him go, like I said earlier, I don't know him, I |
| 14 | don't know her, if I let him go and we take a report and |
| 15 | leave, and he comes back three hours later and kills her. |
| 16 | I don't know. |
| 17 | So at the time, yeah, chase him.  He's -- I see |
| 18 | him, he's there, arrest him. |
| 19 | Q.   But at the time that you were chasing him, you |
| 20 | had already seen Shakina Ortega.  Correct? |
| 21 | A.   Her back. |
| 22 | Q.   Okay.  And you didn't see any injuries on her. |
| 23 | Is that correct? |
| 24 | A.   Correct. |
| 25 | Q.   What time of the morning was this that you were |

100