JAN I. GOLDSMITH, City Attorney
DANIEL F. BAMBERG, Assistant City Attorney
BRIAN K. CLINE, Deputy City Attorney
California State Bar No. 246747
     Office of the City Attorney
     1200 Third Avenue, Suite 1100
     San Diego, California 92101-4100
     Telephone:  (619) 533-5800
     Facsimile:  (619) 533-5856

Attorneys for Defendants,
San Diego Police Department, Jonathan McCarthy, City of San Diego

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAKINA ORTEGA, individually, and as successor of interest of VICTOR ORTEGA, deceased; TAMIA ORTEGA, a minor, by and through her guardian Shakina Ortega; and JACOB ORTEGA, a minor, by and through his guardian Shakina Ortega, <br><br>                Plaintiffs, <br><br>    v. <br><br> SAN DIEGO POLICE DEPARTMENT, a public entity; JONATHAN MCCARTHY an individual; CITY OF SAN DIEGO, a public entity; and DOES 1 through 10, <br><br>                Defendants. | Case No. 13cv0087 BAS (JMA) <br><br> **DEFENDANTS' OBJECTION TO EVIDENCE** <br><br><br> Date:      TBD <br> Time:     TBD <br> Judge:   Hon. Cynthia Bashant <br> Ctrm:    4B – 4th Floor |

     Defendants submit the following separately filed Objection to Evidence concurrently with Defendants Reply in Support of Defendants Motion for Summary Judgment.

///

///

///

1

| PLAINTIFFS' EVIDENCE | OBJECTION AND GROUNDS | RULING |
|---|---|---|
| <u>The Declaration of Christina M. Denning ISO Amended Opposition to MSJ</u> | | |
| ¶3: "The unredacted documents may contain information concerning biases towards persons of Hispanic decent or aggressive/violent inclination…I anticipate the need to file another motion with Judge Adler's department. | FRE Rule 901, Lacks foundation; Fact discovery is closed and has been closed since February 21, 2014. [ECF no. 35].  Plaintiffs previously filed a motion to compel regarding this topic.  The Court denied said motion. [ECF no. 57].  Furthermore, Plaintiffs are only speculating as to the content of the requested information, which does not exist. | _____Sustained<br><br>_____Overruled |
| ¶5 in its entirety. | FRE Rule 901, Lacks foundation and 802, Hearsay.<br><br>Federal Rules of Civil Procedure 56(e) requires that affidavits submitted in support of a motion for summary judgment must be made on personal knowledge of the affiant who is competent to testify to the matters therein, must state facts that would be admissible in evidence, and a sworn or certified copy of the document must be attached to the affidavit. *Boyd v. City of Oakland*, 458 F.Supp.2d 1015, 1023 (N.D. Cal.2006).  Rule 56(e) requires the affiant must be a person through whom the exhibits could be admitted into evidence, i.e., a witness who wrote it, signed it, or saw others do so. *Orr*, 285 F.3d 764, 773-774 and 774 fn. 8-9. | _____Sustained<br><br>_____Overruled |
| ¶7 in its entirety. | FRE Rule 901, Lacks foundation; Fact discovery is closed and has been closed since February 21, 2014. [ECF no. 35].  Plaintiffs previously filed a motion to compel regarding | |

2

| | | |
|---|---|---|
| | this topic.  The Court denied said motion. [ECF no. 57].  Furthermore, Plaintiffs are only speculating as to the content of the requested information, which does not exist. | |
| ¶9 in its entirety.<br><br>"Exhibit B is a true and correct copy of portions of the transcript of the SDPD 911 call by Shakina..." | FRE Rule 901, Lacks foundation and 802, Hearsay.<br><br>Federal Rules of Civil Procedure 56(e) requires that affidavits submitted in support of a motion for summary judgment must be made on personal knowledge of the affiant who is competent to testify to the matters therein, must state facts that would be admissible in evidence, and a sworn or certified copy of the document must be attached to the affidavit. *Boyd v. City of Oakland*, 458 F.Supp.2d 1015, 1023 (N.D. Cal.2006).  Rule 56(e) requires the affiant must be a person through whom the exhibits could be admitted into evidence, i.e., a witness who wrote it, signed it, or saw others do so. *Orr*, 285 F.3d 764, 773-774 and 774 fn. 8-9.<br><br>Hearsay is "a statement, other than one made by the declarant while testifying at the trial or hearing, offered in evidence to prove the truth of the matter asserted." *Orr*, 285 F.3d at 778. | _____Sustained<br><br><br>_____Overruled |
| ¶10 in its entirety.<br><br>"Exhibit C is a true and correct copy of the Investigator's Report of Sergeant Joe Howie…produced…in the due course of discovery." | FRE Rule 901, Lacks foundation and 802, Hearsay.<br><br>Federal Rules of Civil Procedure 56(e) requires that affidavits submitted in support of a motion for summary judgment must be made on personal knowledge of the affiant who is competent to testify to the matters therein, must state facts that would be admissible in evidence, and a sworn or certified copy of the document must be attached to the affidavit. *Boyd v. City of Oakland*, | |

| | | |
|---|---|---|
| | 458 F.Supp.2d 1015, 1023 (N.D. Cal.2006).  Rule 56(e) requires the affiant must be a person through whom the exhibits could be admitted into evidence, i.e., a witness who wrote it, signed it, or saw others do so. *Orr*, 285 F.3d 764, 773-774 and 774 fn. 8-9.<br><br>Statements made by third parties, under no business duty to report, are hearsay even when included in police reports.  Police reports resulting from the officer's own observations and knowledge may be admitted, but the statements made by third persons may not. *United States of America v. James J. Pazsint*, 703 F.2d 420, 424-425. | _____Sustained<br><br><br>_____Overruled |
| ¶12 in its entirety.<br><br>"Exhibit E contains true and correct copies of two documents produced by Defendants in the due course of discovery." | FRE Rule 901, Lacks foundation.<br><br>Federal Rules of Civil Procedure 56(e) requires that affidavits submitted in support of a motion for summary judgment must be made on personal knowledge of the affiant who is competent to testify to the matters therein, must state facts that would be admissible in evidence, and a sworn or certified copy of the document must be attached to the affidavit. *Boyd v. City of Oakland*, 458 F.Supp.2d 1015, 1023 (N.D. Cal.2006).  Rule 56(e) requires the affiant must be a person through whom the exhibits could be admitted into evidence, i.e., a witness who wrote it, signed it, or saw others do so. *Orr*, 285 F.3d 764, 773-774 and 774 fn. 8-9. | _____Sustained<br><br><br>_____Overruled |
| ¶13 in its entirety.<br><br>"Exhibit F contains true and | FRE Rule 901, Lacks foundation and 802, Hearsay. | |

| | | |
|---|---|---|
| correct copies of excerpts of SDPD radio communications…produced by Defendants in the due course of discovery…" | Federal Rules of Civil Procedure 56(e) requires that affidavits submitted in support of a motion for summary judgment must be made on personal knowledge of the affiant who is competent to testify to the matters therein, must state facts that would be admissible in evidence, and a sworn or certified copy of the document must be attached to the affidavit. *Boyd v. City of Oakland*, 458 F.Supp.2d 1015, 1023 (N.D. Cal.2006). Rule 56(e) requires the affiant must be a person through whom the exhibits could be admitted into evidence, i.e., a witness who wrote it, signed it, or saw others do so. *Orr*, 285 F.3d 764, 773-774 and 774 fn. 8-9.<br><br>Hearsay is "a statement, other than one made by the declarant while testifying at the trial or hearing, offered in evidence to prove the truth of the matter asserted." *Orr*, 285 F.3d at 778. | _____Sustained<br><br>_____Overruled |
| ¶15: "There are two exhibits to the declaration. Exhibit 1 is a true and correct copy of Dr. Turvey's first Rule 26 Report. Exhibit 2 is a true and correct copy of Dr. Turvey's supplemental Rule 26 Report." | FRE Rule 901, Lacks foundation and 802, Hearsay.<br><br>Federal Rules of Civil Procedure 56(e) requires that affidavits submitted in support of a motion for summary judgment must be made on personal knowledge of the affiant who is competent to testify to the matters therein, must state facts that would be admissible in evidence, and a sworn or certified copy of the document must be attached to the affidavit. *Boyd v. City of Oakland*, 458 F.Supp.2d 1015, 1023 (N.D. Cal.2006). Rule 56(e) requires the affiant must be a person through whom the exhibits could be admitted into evidence, i.e., a witness who wrote it, signed it, or saw others do so. *Orr*, 285 F.3d 764, 773-774 and | |

| | | |
|---|---|---|
| | 774 fn. 8-9. | |
| | Hearsay is "a statement, other than one made by the declarant while testifying at the trial or hearing, offered in evidence to prove the truth of the matter asserted." *Orr*, 285 F.3d at 778. | _____Sustained<br><br>_____Overruled |
| ¶16 in its entirety.<br><br>"Exhibit I is a true and correct copy of the Autopsy Report…" | FRE Rule 901, Lacks foundation and 802, Hearsay.<br><br>Federal Rules of Civil Procedure 56(e) requires that affidavits submitted in support of a motion for summary judgment must be made on personal knowledge of the affiant who is competent to testify to the matters therein, must state facts that would be admissible in evidence, and a sworn or certified copy of the document must be attached to the affidavit. *Boyd v. City of Oakland*, 458 F.Supp.2d 1015, 1023 (N.D. Cal.2006).  Rule 56(e) requires the affiant must be a person through whom the exhibits could be admitted into evidence, i.e., a witness who wrote it, signed it, or saw others do so. *Orr*, 285 F.3d 764, 773-774 and 774 fn. 8-9.<br><br>Statements made by third parties, under no business duty to report, are hearsay even when included in police reports.  Police reports resulting from the officer's own observations and knowledge may be admitted, but the statements made by third persons may not. *United States of America v. James J. Pazsint*, 703 F.2d 420, 424-425. | _____Sustained<br><br>_____Overruled |
| ¶18 in its entirety.<br><br>"Exhibit K is a true and correct copy of the transcript of the briefing by Sgt. Karsh…" | FRE Rule 901, Lacks foundation and 802, Hearsay.<br><br>Federal Rules of Civil Procedure 56(e) requires that affidavits submitted in support of a motion for summary judgment must be made on personal knowledge of the affiant | |

| | | |
|---|---|---|
| | who is competent to testify to the matters therein, must state facts that would be admissible in evidence, and a sworn or certified copy of the document must be attached to the affidavit. *Boyd v. City of Oakland*, 458 F.Supp.2d 1015, 1023 (N.D. Cal.2006).  Rule 56(e) requires the affiant must be a person through whom the exhibits could be admitted into evidence, i.e., a witness who wrote it, signed it, or saw others do so. *Orr*, 285 F.3d 764, 773-774 and 774 fn. 8-9. | |
| | Statements made by third parties, under no business duty to report, are hearsay even when included in police reports.  Police reports resulting from the officer's own observations and knowledge may be admitted, but the statements made by third persons may not. *United States of America v. James J. Pazsint*, 703 F.2d 420, 424-425. | _____Sustained  _____Overruled |
| ¶19 in its entirety.  "Exhibit L is a true and correct copy of the Investigator's Report of Detective…" | FRE Rule 901, Lacks foundation and 802, Hearsay.  Federal Rules of Civil Procedure 56(e) requires that affidavits submitted in support of a motion for summary judgment must be made on personal knowledge of the affiant who is competent to testify to the matters therein, must state facts that would be admissible in evidence, and a sworn or certified copy of the document must be attached to the affidavit. *Boyd v. City of Oakland*, 458 F.Supp.2d 1015, 1023 (N.D. Cal.2006).  Rule 56(e) requires the affiant must be a person through whom the exhibits could be admitted into evidence, i.e., a witness who wrote it, signed it, or saw others do so. *Orr*, 285 F.3d 764, 773-774 and 774 fn. 8-9.  Statements made by third parties, | |

| | | |
|---|---|---|
| | under no business duty to report, are hearsay even when included in police reports.  Police reports resulting from the officer's own observations and knowledge may be admitted, but the statements made by third persons may not. *United States of America v. James J. Pazsint*, 703 F.2d 420, 424-425. | _____Sustained<br><br><br>_____Overruled |
| ¶20 in its entirety.<br><br>"Exhibit M is a true and correct copy of the transcript of the interview of Shakina by Detective …" | FRE Rule 901, Lacks foundation and 802, Hearsay.<br><br>Federal Rules of Civil Procedure 56(e) requires that affidavits submitted in support of a motion for summary judgment must be made on personal knowledge of the affiant who is competent to testify to the matters therein, must state facts that would be admissible in evidence, and a sworn or certified copy of the document must be attached to the affidavit. *Boyd v. City of Oakland*, 458 F.Supp.2d 1015, 1023 (N.D. Cal.2006).  Rule 56(e) requires the affiant must be a person through whom the exhibits could be admitted into evidence, i.e., a witness who wrote it, signed it, or saw others do so. *Orr*, 285 F.3d 764, 773-774 and 774 fn. 8-9.<br><br>Hearsay is "a statement, other than one made by the declarant while testifying at the trial or hearing, offered in evidence to prove the truth of the matter asserted." *Orr*, 285 F.3d at 778. | _____Sustained<br><br><br>_____Overruled |
| ¶21 in its entirety.<br><br>"Exhibit N is a true and correct copy of the Investigator's Report of Detective…" | FRE Rule 901, Lacks foundation and 802, Hearsay.<br><br>Federal Rules of Civil Procedure 56(e) requires that affidavits submitted in support of a motion for summary judgment must be made on personal knowledge of the affiant who is competent to testify to the matters therein, must state facts that | |

| | | |
|---|---|---|
| | would be admissible in evidence, and a sworn or certified copy of the document must be attached to the affidavit. *Boyd v. City of Oakland*, 458 F.Supp.2d 1015, 1023 (N.D. Cal.2006). Rule 56(e) requires the affiant must be a person through whom the exhibits could be admitted into evidence, i.e., a witness who wrote it, signed it, or saw others do so. *Orr*, 285 F.3d 764, 773-774 and 774 fn. 8-9. | |
| | Statements made by third parties, under no business duty to report, are hearsay even when included in police reports. Police reports resulting from the officer's own observations and knowledge may be admitted, but the statements made by third persons may not. *United States of America v. James J. Pazsint*, 703 F.2d 420, 424-425. | _____Sustained<br><br>_____Overruled |
| ¶23 in its entirety.<br><br>"Exhibit P consists of true and correct copies of Investigator's Reports of Detective…" | FRE Rule 901, Lacks foundation and 802, Hearsay.<br><br>Federal Rules of Civil Procedure 56(e) requires that affidavits submitted in support of a motion for summary judgment must be made on personal knowledge of the affiant who is competent to testify to the matters therein, must state facts that would be admissible in evidence, and a sworn or certified copy of the document must be attached to the affidavit. *Boyd v. City of Oakland*, 458 F.Supp.2d 1015, 1023 (N.D. Cal.2006). Rule 56(e) requires the affiant must be a person through whom the exhibits could be admitted into evidence, i.e., a witness who wrote it, signed it, or saw others do so. *Orr*, 285 F.3d 764, 773-774 and 774 fn. 8-9.<br><br>Statements made by third parties, under no business duty to report, are hearsay even when included in police | |

9

| | | |
|---|---|---|
| | reports.  Police reports resulting from the officer's own observations and knowledge may be admitted, but the statements made by third persons may not. *United States of America v. James J. Pazsint*, 703 F.2d 420, 424-425. | _____Sustained<br><br><br>_____Overruled |
| ¶25 in its entirety.<br><br>"Exhibit R consists of true and correct copies of the Investigator's Reports of Detective…" | FRE Rule 901, Lacks foundation and 802, Hearsay.<br><br>Federal Rules of Civil Procedure 56(e) requires that affidavits submitted in support of a motion for summary judgment must be made on personal knowledge of the affiant who is competent to testify to the matters therein, must state facts that would be admissible in evidence, and a sworn or certified copy of the document must be attached to the affidavit. *Boyd v. City of Oakland*, 458 F.Supp.2d 1015, 1023 (N.D. Cal.2006).  Rule 56(e) requires the affiant must be a person through whom the exhibits could be admitted into evidence, i.e., a witness who wrote it, signed it, or saw others do so. *Orr*, 285 F.3d 764, 773-774 and 774 fn. 8-9.<br><br>Statements made by third parties, under no business duty to report, are hearsay even when included in police reports.  Police reports resulting from the officer's own observations and knowledge may be admitted, but the statements made by third persons may not. *United States of America v. James J. Pazsint*, 703 F.2d 420, 424-425. | _____Sustained<br><br><br>_____Overruled |
| ¶27 in its entirety.<br><br>"Exhibit T is a true and correct copy of the Investigator's Report of Detective …" | FRE Rule 901, Lacks foundation and 802, Hearsay.<br><br>Federal Rules of Civil Procedure 56(e) requires that affidavits submitted in support of a motion for summary judgment must be made on personal knowledge of the affiant | |

10

| | | |
|---|---|---|
| | who is competent to testify to the matters therein, must state facts that would be admissible in evidence, and a sworn or certified copy of the document must be attached to the affidavit. *Boyd v. City of Oakland*, 458 F.Supp.2d 1015, 1023 (N.D. Cal.2006). Rule 56(e) requires the affiant must be a person through whom the exhibits could be admitted into evidence, i.e., a witness who wrote it, signed it, or saw others do so. *Orr*, 285 F.3d 764, 773-774 and 774 fn. 8-9. | |
| | Statements made by third parties, under no business duty to report, are hearsay even when included in police reports. Police reports resulting from the officer's own observations and knowledge may be admitted, but the statements made by third persons may not. *United States of America v. James J. Pazsint*, 703 F.2d 420, 424-425. | _____Sustained <br><br> _____Overruled |
| ¶28; paragraph ¶5 to the declaration of Jason Crisostomo, "The area was then tapped off and about 20-30…One black police officer seemed very distraught and disturbed by the scene and the body…" <br><br> ¶6 to the declaration of Jason Crisostomo, "…considering the suspect's tone of voice was of compliance and disbelief, not confrontational or violent." | Inadmissible opinion of lay witness; Calls for speculation; Lacks foundation. <br><br> Mr. Crisostomo is has not been designated as an expert in psychiatry. The state of mind of a witness whom Mr. Crisostomo observed is pure speculation. <br><br> Mr. Crisostomo is not qualified to determine state of mind based on inflection of speech patterns. In this context, the state of mind of the decedent is speculation. | _____Sustained <br><br> _____Overruled |
| ¶29 in its entirety. <br> "Exhibit V is a true and correct copy of the Investigator's Report of Detective…" | FRE Rule 901, Lacks foundation and 802, Hearsay. <br><br> Federal Rules of Civil Procedure 56(e) requires that affidavits submitted in support of a motion for summary judgment must be made on | |

| | | |
|---|---|---|
| | personal knowledge of the affiant who is competent to testify to the matters therein, must state facts that would be admissible in evidence, and a sworn or certified copy of the document must be attached to the affidavit. *Boyd v. City of Oakland*, 458 F.Supp.2d 1015, 1023 (N.D. Cal.2006).  Rule 56(e) requires the affiant must be a person through whom the exhibits could be admitted into evidence, i.e., a witness who wrote it, signed it, or saw others do so. *Orr*, 285 F.3d 764, 773-774 and 774 fn. 8-9. | |
| | Statements made by third parties, under no business duty to report, are hearsay even when included in police reports.  Police reports resulting from the officer's own observations and knowledge may be admitted, but the statements made by third persons may not. *United States of America v. James J. Pazsint*, 703 F.2d 420, 424-425. | _____Sustained<br><br>_____Overruled |
| ¶34 in its entirety.<br>"Exhibit AA is a true and correct copy of correspondence by Plaintiffs' counsel…" | FRE Rule 901, Lacks foundation and 802, Hearsay.<br><br>Federal Rules of Civil Procedure 56(e) requires that affidavits submitted in support of a motion for summary judgment must be made on personal knowledge of the affiant who is competent to testify to the matters therein, must state facts that would be admissible in evidence, and a sworn or certified copy of the document must be attached to the affidavit. *Boyd v. City of Oakland*, 458 F.Supp.2d 1015, 1023 (N.D. Cal.2006).  Rule 56(e) requires the affiant must be a person through whom the exhibits could be admitted into evidence, i.e., a witness who wrote it, signed it, or saw others do so. *Orr*, 285 F.3d 764, 773-774 and 774 fn. 8-9. | |

| | | |
|---|---|---|
| | Hearsay is "a statement, other than one made by the declarant while testifying at the trial or hearing, offered in evidence to prove the truth of the matter asserted." *Orr*, 285 F.3d at 778. | _____Sustained<br><br>_____Overruled |
| ¶35 in its entirety.<br><br>"Exhibit BB is a true and correct copy of correspondence by Defendants' counsel…" | FRE Rule 901, Lacks foundation and 802, Hearsay.<br><br>Federal Rules of Civil Procedure 56(e) requires that affidavits submitted in support of a motion for summary judgment must be made on personal knowledge of the affiant who is competent to testify to the matters therein, must state facts that would be admissible in evidence, and a sworn or certified copy of the document must be attached to the affidavit. *Boyd v. City of Oakland*, 458 F.Supp.2d 1015, 1023 (N.D. Cal.2006).  Rule 56(e) requires the affiant must be a person through whom the exhibits could be admitted into evidence, i.e., a witness who wrote it, signed it, or saw others do so. *Orr*, 285 F.3d 764, 773-774 and 774 fn. 8-9.<br><br>Hearsay is "a statement, other than one made by the declarant while testifying at the trial or hearing, offered in evidence to prove the truth of the matter asserted." *Orr*, 285 F.3d at 778. | _____Sustained<br><br>_____Overruled |
| ¶36 in its entirety.<br><br>"Exhibit CC contains three photos…were produced in the due course of discovery…" | FRE Rule 901, Lacks foundation and 802, Hearsay.<br><br>Federal Rules of Civil Procedure 56(e) requires that affidavits submitted in support of a motion for summary judgment must be made on personal knowledge of the affiant who is competent to testify to the matters therein, must state facts that would be admissible in evidence, and a sworn or certified copy of the document must be attached to the | |

806553

13

| | | |
|---|---|---|
| | affidavit. *Boyd v. City of Oakland*, 458 F.Supp.2d 1015, 1023 (N.D. Cal.2006).  Rule 56(e) requires the affiant must be a person through whom the exhibits could be admitted into evidence, i.e., a witness who wrote it, signed it, or saw others do so. *Orr*, 285 F.3d 764, 773-774 and 774 fn. 8-9. | _____Sustained<br><br>_____Overruled |
| | Statements made by third parties, under no business duty to report, are hearsay even when included in police reports.  Police reports resulting from the officer's own observations and knowledge may be admitted, but the statements made by third persons may not. *United States of America v. James J. Pazsint*, 703 F.2d 420, 424-425. | |
| ¶38 in its entirety.<br><br>"Exhibit EE is the Rule 26 Report, of Roger Clark…" | FRE Rule 901, Lacks foundation and 802, Hearsay.<br><br>Federal Rules of Civil Procedure 56(e) requires that affidavits submitted in support of a motion for summary judgment must be made on personal knowledge of the affiant who is competent to testify to the matters therein, must state facts that would be admissible in evidence, and a sworn or certified copy of the document must be attached to the affidavit. *Boyd v. City of Oakland*, 458 F.Supp.2d 1015, 1023 (N.D. Cal.2006).  Rule 56(e) requires the affiant must be a person through whom the exhibits could be admitted into evidence, i.e., a witness who wrote it, signed it, or saw others do so. *Orr*, 285 F.3d 764, 773-774 and 774 fn. 8-9.<br><br>Hearsay is "a statement, other than one made by the declarant while testifying at the trial or hearing, offered in evidence to prove the truth of the matter asserted." *Orr*, 285 F.3d at 778. | _____Sustained<br><br>_____Overruled |

| | | |
|---|---|---|
| ¶39 in its entirety.<br><br>"Exhibit FF is the Supplemental Rule 26 Report…" | FRE Rule 901, Lacks foundation and 802, Hearsay.<br><br>Federal Rules of Civil Procedure 56(e) requires that affidavits submitted in support of a motion for summary judgment must be made on personal knowledge of the affiant who is competent to testify to the matters therein, must state facts that would be admissible in evidence, and a sworn or certified copy of the document must be attached to the affidavit. *Boyd v. City of Oakland*, 458 F.Supp.2d 1015, 1023 (N.D. Cal.2006).  Rule 56(e) requires the affiant must be a person through whom the exhibits could be admitted into evidence, i.e., a witness who wrote it, signed it, or saw others do so. *Orr*, 285 F.3d 764, 773-774 and 774 fn. 8-9.<br><br>Hearsay is "a statement, other than one made by the declarant while testifying at the trial or hearing, offered in evidence to prove the truth of the matter asserted." *Orr*, 285 F.3d at 778. | _____Sustained<br><br><br>_____Overruled |
| ¶40 in its entirety.<br><br>"Exhibit GG is a true and correct copy of the Officer Involved Incident Checklist…produced…in the due course of discovery…" | FRE Rule 901, Lacks foundation and 802, Hearsay.<br><br>Federal Rules of Civil Procedure 56(e) requires that affidavits submitted in support of a motion for summary judgment must be made on personal knowledge of the affiant who is competent to testify to the matters therein, must state facts that would be admissible in evidence, and a sworn or certified copy of the document must be attached to the affidavit. *Boyd v. City of Oakland*, 458 F.Supp.2d 1015, 1023 (N.D. Cal.2006).  Rule 56(e) requires the affiant must be a person through whom the exhibits could be admitted into evidence, i.e., a witness who wrote it, signed it, or saw others do | |

| | | |
|---|---|---|
| | so. *Orr*, 285 F.3d 764, 773-774 and 774 fn. 8-9. | |
| | Hearsay is "a statement, other than one made by the declarant while testifying at the trial or hearing, offered in evidence to prove the truth of the matter asserted." *Orr*, 285 F.3d at 778. | _____Sustained<br><br>_____Overruled |
| ¶41 in its entirety.<br>"Exhibit HH is a true and correct copy of the Crime Scene Reconstruction Report…" | FRE Rule 901, Lacks foundation and 802, Hearsay.<br><br>Federal Rules of Civil Procedure 56(e) requires that affidavits submitted in support of a motion for summary judgment must be made on personal knowledge of the affiant who is competent to testify to the matters therein, must state facts that would be admissible in evidence, and a sworn or certified copy of the document must be attached to the affidavit. *Boyd v. City of Oakland*, 458 F.Supp.2d 1015, 1023 (N.D. Cal.2006).  Rule 56(e) requires the affiant must be a person through whom the exhibits could be admitted into evidence, i.e., a witness who wrote it, signed it, or saw others do so. *Orr*, 285 F.3d 764, 773-774 and 774 fn. 8-9.<br><br>Statements made by third parties, under no business duty to report, are hearsay even when included in police reports.  Police reports resulting from the officer's own observations and knowledge may be admitted, but the statements made by third persons may not. *United States of America v. James J. Pazsint*, 703 F.2d 420, 424-425. | _____Sustained<br><br>_____Overruled |
| ¶42 in its entirety.<br>"Exhibit II is a true and correct copy of Sgt…Investigator's Report…" | FRE Rule 901, Lacks foundation and 802, Hearsay.<br><br>Federal Rules of Civil Procedure 56(e) requires that affidavits submitted in support of a motion for summary judgment must be made on | |

| | | |
|---|---|---|
| | personal knowledge of the affiant who is competent to testify to the matters therein, must state facts that would be admissible in evidence, and a sworn or certified copy of the document must be attached to the affidavit. *Boyd v. City of Oakland*, 458 F.Supp.2d 1015, 1023 (N.D. Cal.2006).  Rule 56(e) requires the affiant must be a person through whom the exhibits could be admitted into evidence, i.e., a witness who wrote it, signed it, or saw others do so. *Orr*, 285 F.3d 764, 773-774 and 774 fn. 8-9. | |
| | Statements made by third parties, under no business duty to report, are hearsay even when included in police reports.  Police reports resulting from the officer's own observations and knowledge may be admitted, but the statements made by third persons may not. *United States of America v. James J. Pazsint*, 703 F.2d 420, 424-425. | _____Sustained<br><br>_____Overruled |
| ¶49 in its entirety.<br><br>"Exhibit PP is a true and correct copy of the SDPD Inspections Guide…produced…in the due course of discovery…" | FRE Rule 901, Lacks foundation and 802, Hearsay.<br><br>Federal Rules of Civil Procedure 56(e) requires that affidavits submitted in support of a motion for summary judgment must be made on personal knowledge of the affiant who is competent to testify to the matters therein, must state facts that would be admissible in evidence, and a sworn or certified copy of the document must be attached to the affidavit. *Boyd v. City of Oakland*, 458 F.Supp.2d 1015, 1023 (N.D. Cal.2006).  Rule 56(e) requires the affiant must be a person through whom the exhibits could be admitted into evidence, i.e., a witness who wrote it, signed it, or saw others do so. *Orr*, 285 F.3d 764, 773-774 and 774 fn. 8-9. | |

| | | |
|---|---|---|
| | Hearsay is "a statement, other than one made by the declarant while testifying at the trial or hearing, offered in evidence to prove the truth of the matter asserted." *Orr*, 285 F.3d at 778. | _____Sustained<br><br>_____Overruled |
| ¶53 in its entirety.<br>"Exhibit TT is a true and correct copy of the Investigator's Report of Detective…" | FRE Rule 901, Lacks foundation and 802, Hearsay.<br><br>Federal Rules of Civil Procedure 56(e) requires that affidavits submitted in support of a motion for summary judgment must be made on personal knowledge of the affiant who is competent to testify to the matters therein, must state facts that would be admissible in evidence, and a sworn or certified copy of the document must be attached to the affidavit. *Boyd v. City of Oakland*, 458 F.Supp.2d 1015, 1023 (N.D. Cal.2006).  Rule 56(e) requires the affiant must be a person through whom the exhibits could be admitted into evidence, i.e., a witness who wrote it, signed it, or saw others do so. *Orr*, 285 F.3d 764, 773-774 and 774 fn. 8-9.<br><br>Statements made by third parties, under no business duty to report, are hearsay even when included in police reports.  Police reports resulting from the officer's own observations and knowledge may be admitted, but the statements made by third persons may not. *United States of America v. James J. Pazsint*, 703 F.2d 420, 424-425. | _____Sustained<br><br>_____Overruled |
| ¶55 in its entirety.<br>Exhibit VV is a true and correct copy of the Investigator's Report of Detective…" | FRE Rule 901, Lacks foundation and 802, Hearsay.<br><br>Federal Rules of Civil Procedure 56(e) requires that affidavits submitted in support of a motion for summary judgment must be made on personal knowledge of the affiant | |

806553

13cv0087 BAS (JMA)

| | | |
|---|---|---|
| | who is competent to testify to the matters therein, must state facts that would be admissible in evidence, and a sworn or certified copy of the document must be attached to the affidavit. *Boyd v. City of Oakland*, 458 F.Supp.2d 1015, 1023 (N.D. Cal.2006).  Rule 56(e) requires the affiant must be a person through whom the exhibits could be admitted into evidence, i.e., a witness who wrote it, signed it, or saw others do so. *Orr*, 285 F.3d 764, 773-774 and 774 fn. 8-9.<br><br>Statements made by third parties, under no business duty to report, are hearsay even when included in police reports.  Police reports resulting from the officer's own observations and knowledge may be admitted, but the statements made by third persons may not. *United States of America v. James J. Pazsint*, 703 F.2d 420, 424-425. | _____Sustained<br><br><br>_____Overruled |
| ¶56 in its entirety.<br><br>"Exhibit WW is a true and correct copy of the Forensic Biology Unit Laboratory Report…produced…due course of discovery…" | FRE Rule 901, Lacks foundation and 802, Hearsay.<br><br>Federal Rules of Civil Procedure 56(e) requires that affidavits submitted in support of a motion for summary judgment must be made on personal knowledge of the affiant who is competent to testify to the matters therein, must state facts that would be admissible in evidence, and a sworn or certified copy of the document must be attached to the affidavit. *Boyd v. City of Oakland*, 458 F.Supp.2d 1015, 1023 (N.D. Cal.2006).  Rule 56(e) requires the affiant must be a person through whom the exhibits could be admitted into evidence, i.e., a witness who wrote it, signed it, or saw others do so. *Orr*, 285 F.3d 764, 773-774 and 774 fn. 8-9.<br><br>Hearsay is "a statement, other than | _____Sustained<br><br><br>_____Overruled |

| | | |
|---|---|---|
| | one made by the declarant while testifying at the trial or hearing, offered in evidence to prove the truth of the matter asserted." *Orr*, 285 F.3d at 778. | |
| ¶57 in its entirety.<br><br>"Exhibit XX are true and correct copies of Public Records Act Requests to the City…" | FRE Rule 901, Lacks foundation; 802, Hearsay; Irrelevant.<br><br>Federal Rules of Civil Procedure 56(e) requires that affidavits submitted in support of a motion for summary judgment must be made on personal knowledge of the affiant who is competent to testify to the matters therein, must state facts that would be admissible in evidence, and a sworn or certified copy of the document must be attached to the affidavit. *Boyd v. City of Oakland*, 458 F.Supp.2d 1015, 1023 (N.D. Cal.2006).  Rule 56(e) requires the affiant must be a person through whom the exhibits could be admitted into evidence, i.e., a witness who wrote it, signed it, or saw others do so. *Orr*, 285 F.3d 764, 773-774 and 774 fn. 8-9.<br><br>Hearsay is "a statement, other than one made by the declarant while testifying at the trial or hearing, offered in evidence to prove the truth of the matter asserted." *Orr*, 285 F.3d at 778.<br><br>Fact discovery is closed and has been closed since February 21, 2014. [ECF no. 35].  Plaintiffs previously filed a motion to compel regarding this topic.  The Court denied said motion. [ECF no. 57]. | _____Sustained<br><br><br>_____Overruled |
| ¶59 in its entirety.<br><br>"Exhibit ZZ is a true and correct copy of a supplemental report of Sgt. …" | FRE Rule 901, Lacks foundation and 802, Hearsay.<br><br>Federal Rules of Civil Procedure 56(e) requires that affidavits submitted in support of a motion for summary judgment must be made on personal knowledge of the affiant | |

| | | |
|---|---|---|
| | who is competent to testify to the matters therein, must state facts that would be admissible in evidence, and a sworn or certified copy of the document must be attached to the affidavit. *Boyd v. City of Oakland*, 458 F.Supp.2d 1015, 1023 (N.D. Cal.2006).  Rule 56(e) requires the affiant must be a person through whom the exhibits could be admitted into evidence, i.e., a witness who wrote it, signed it, or saw others do so. *Orr*, 285 F.3d 764, 773-774 and 774 fn. 8-9. | |
| | Statements made by third parties, under no business duty to report, are hearsay even when included in police reports.  Police reports resulting from the officer's own observations and knowledge may be admitted, but the statements made by third persons may not. *United States of America v. James J. Pazsint*, 703 F.2d 420, 424-425. | _____Sustained<br><br>_____Overruled |
| ¶61 in its entirety. | FRE Rule 901, Lacks foundation; FRE Rule 802, Hearsay, *Orr v. Bank of America*, 285 F.3d 764 (9th Cir. 2002); Inadmissible opinion testimony. | _____Sustained<br><br>_____Overruled |
| ¶62 in its entirety. | FRE Rule 901, Lacks foundation; FRE Rule 802, Hearsay, *Orr v. Bank of America*, 285 F.3d 764 (9th Cir. 2002); Inadmissible opinion testimony. | _____Sustained<br><br>_____Overruled |
| <u>The Declaration of Shakina Ortega ISO Amended Opposition to MSJ</u> | | |
| ¶4; lines 10-11, "I was lied to and told that my husband was in custody." | FRE Rule 802, Hearsay; Inadmissible opinion of lay witness. | _____Sustained<br><br>_____Overruled |
| | | |

| | | |
|---|---|---|
| ¶6 in its entirety. | Irrelevant evidence. | _____Sustained<br><br>_____Overruled |
| The Declaration of Naomi Campbell ISO Amended Opposition to MSJ | | |
| ¶4; exhibit 1. | FRE Rule 901, Lacks foundation; FRE Rule 802, Hearsay, *Orr v. Bank of America*, 285 F.3d 764 (9th Cir. 2002). | _____Sustained<br><br>_____Overruled |
| ¶4: 11-12; "A true and correct copy of my notes, taken concurrently during my conversation with Sergeant Howie, is attached to this Declaration as **Exhibit 2**." | FRE Rule 802, Hearsay and double hearsay, *Orr v. Bank of America*, 285 F.3d 764 (9th Cir. 2002).<br><br>Extracting any sort of meaning from double hearsay is Plaintiffs' counsel's speculation and conclusion. | _____Sustained<br><br>_____Overruled |
| ¶5 in its entirety. | FRE Rule 802, Hearsay and double hearsay, *Orr v. Bank of America*, 285 F.3d 764 (9th Cir. 2002). | _____Sustained<br><br>_____Overruled |
| ¶7; lines 5-7 and lines 8-10. | Lines 5-7, Inadmissible opinion of lay witness, Insufficient foundation, Irrelevant evidence.<br><br>Lines 8-10, Hearsay and double hearsay. | _____Sustained<br><br>_____Overruled |
| ¶7; lines 12-14. | FRE Rule 802, Hearsay | _____Sustained<br><br>_____Overruled |

Dated:  June 16, 2014

JAN I. GOLDSMITH, City Attorney

By  s/ BRIAN K. CLINE
     Brian K. Cline
     Deputy City Attorney
     E-mail: bcline@sandiego.gov

Attorneys for Defendants