# EXHIBIT B

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAKINA ORTEGA, individually, and as successor of interest of VICTOR ORTEGA, deceased; TAMIA ORTEGA, a minor, by and through her guardian Shakina Ortega and JACOB ORTEGA, a minor, by and through his guardian Shakina Ortega,<br><br>    Plaintiffs,<br><br>  vs.<br><br>SAN DIEGO POLICE DEPARTMENT, a public entity; JONATHAN MCCARTHY, an individual; CITY OF SAN DIEGO, a public entity; and DOES 1 through 10,<br><br>    Defendants. | Case No.<br>13-CV-0087-LAB-JMA |

VIDEOTAPED DEPOSITION OF PHILLIP OWEN

VOLUME I

Friday, August 16, 2013, 1:03 p.m.

1230 Columbia Street, Suite 400

San Diego, California

Reported by:

Harry Alan Palter

CSR No. 7708, Certified LiveNote Reporter

1

```
 1        A    Probably a couple hours after this went down.
 2        Q    Okay.  So I'm starting at 40:52.
 3             (Playing tape)
 4             MR. PHILLIPS:  I'll stop it there.
 5   BY MR. PHILLIPS:
 6        Q    Does that refresh your recollection as to what
 7   you heard him say?
 8        A    Yes.
 9        Q    So he did say:  Get the fuck off me?
10        A    Yes.
11        Q    Was it nice, or was he like asking, like:  Come
12   on.  Get the fuck off of me -- or was he angry?
13        A    He was --
14             MS. DENNING:  Hold on.  Calls for speculation.
15             But go ahead.
16             THE WITNESS:  Yeah, it sounded like he was
17   pretty angry.
18   BY MR. PHILLIPS:
19        Q    So as best you --
20        A    Or, you know.  He was yelling it, so --
21
22        Q    He was yelling it, and he sounded angry when he
23   said it?
24        A    Yes.
25        Q    As best you could tell?
```

43

```
 1        A    As best I could tell.

 2        Q    Okay.  Do you know if there was a response?

 3        A    No.  Not that I can recall.

 4        Q    Okay.  So what is the next thing -- and let me

 5   back up.

 6             As this is going on, as you hear him say:  Get

 7   the fuck off me -- they're still out there fighting?

 8        A    Yes.

 9        Q    Could you tell if they were still on the ground

10   or were they moving positions?

11        A    From what I could tell, they were still on the

12   ground.

13        Q    Can you hear 'em grunting?  Anything like that,

14   or --

15        A    Yes.  There was a lot of, you know, grunting,

16   yeah.

17        Q    So you could tell -- were you -- let me ask:

18   Were you able to tell if there was a lot of physical

19   exertion going on on the other side of the fence?

20        A    From what it sounded like, it sounded like

21   there was a lot of physical exertion.

22        Q    Were they continuing to bang up against the

23   wall or --

24        A    No.  After that initial slam against the wall,

25   I didn't really hear anything against the wall.
```

44

```
 1         Q    When you say the "initial slam," are you
 2   talking about the takedown or the tackle?
 3         A    Yes.
 4         Q    Okay.  That initial takedown or tackle, that
 5   sounded pretty hard?  I mean, was it force against the
 6   wall or --
 7         A    Yes.
 8         Q    Okay.  What's the next thing that you remember?
 9         A    I remember the jingling of the handcuffs.  And
10   I think I remember, like, hearing, like, a couple more
11   footsteps after, like -- you know -- there's like the,
12   you know, rustling on the ground.  And then I hear,
13   like, a couple more footsteps.  Then I heard:  Bang,
14   bang.
15              Then -- the officers said:   Shots fired.
16   Shots fired.
17              And then I heard 'em, like, mutter under his
18   breath, like:  Ah, fuck.
19         Q    Okay.  Let's -- let's back it up.
20              You heard jingling.
21         A    Yes.
22         Q    What kind of jingling?
23         A    Like, kind of like a -- like a chain.  Like a
24   jingling of, like, a small metal chain.
25         Q    Are you able to say it's a chain, or are you
```

45

```
 1   able to say it's the handcuffs, or --
 2        A    If -- I -- it sounds like handcuffs to me.
 3        Q    Okay.
 4             Was it the jingling of -- you know, the metal
 5   handcuffs clicking against each other, or is it that
 6   zipper noise when the handcuff is closing on a wrist?
 7        A    It was the jingling.
 8        Q    Okay.  And when you heard this jingling, are
 9   they still out there wrestling around?
10        A    I think they were.  Probably not as -- you
11   know -- not thrashing around as much.
12        Q    But they're still --
13        A    They're still going at it.
14        Q    Okay.
15             Did you ever hear them stop -- once you heard
16   the takedown, and tackle, and slam against the wall, did
17   you ever hear them stop, or was there a pause in the
18   fighting outside?
19        A    Not that I can recall.
20        Q    About how long was this fighting outside going
21   on?
22        A    Maybe 30 to 45 seconds.  After, I think, the
23   slamming in the wall.
24        Q    You have a brother?
25        A    Yes.
```

46

```
 1        Q    You've wrestled with him before?
 2        A    Yes.
 3        Q    Do you know what if sounds like to wrestle?
 4        A    Yes.
 5        Q    Is that kind of what it sounded like outside?
 6        A    Yes.
 7        Q    But more violent?
 8        A    Yes.
 9        Q    Did you know it was a very serious situation
10   outside?
11        A    I just assumed it was two people fighting,
12   until I heard the:  Get on the ground -- and then I
13   assumed it was a cop involved with, you know, a suspect.
14        Q    And what gave you that impression, that it was
15   a cop?
16        A    Usually people don't yell:  Get on the
17   ground -- you know?
18             If they were going to fight somebody, they'd
19   just fight 'em.
20        Q    And are you able to say that he said:  Get on
21   the ground -- before the tackle?
22        A    I don't -- I don't recall.
23        Q    Okay.  And do you recall any other words being
24   spoken before the shots?
25        A    None that I haven't said already.
```

47

1    Q    Okay.  And then you also mentioned footsteps.
2    A    Yes.
3    Q    Do you remember how many footsteps?
4    A    Maybe one or two.
5    Q    Okay.  I'm going to refresh your recollection
6  on that as well.  And mine as well.
7         I'm going to start at 47:13.  47:13.
8         (Playing tape)
9  BY MR. PHILLIPS:
10   Q    One or two.
11        Okay.  So you heard one or two footsteps?
12   A    Yes.
13   Q    Any other footsteps --
14   A    No.
15   Q    -- before the shooting?
16   A    No.
17   Q    So one or two footsteps before the shooting?
18   A    Yes.
19   Q    Not including the stuff long before?
20   A    Yes.
21   Q    So how fast were the footsteps?  Were they
22  fast, or slow, or --
23   A    They were kinda -- kinda, like, somewhat fast.
24  It wasn't -- didn't sound like -- like the person --
25  like, whoever's footsteps they were, they sounded like

48

```
 1    they were moving fast.  But --
 2         Q   Could you tell what direction they were moving?
 3         A   No.
 4         Q   Were you able to tell if they were standing up,
 5    or were they on all fours, or were they scrambling?
 6         A   It sounded like they were, you know,
 7    scrambling.  But it sounded like they were on their
 8    both -- on their two legs.
 9         Q   Okay.  Were you able to see any of this stuff?
10         A   No.
11         Q   So you didn't see anything from the time that
12    the gate slammed open till the time of the shooting?
13         A   No.
14         Q   You didn't see any of that stuff?
15         A   No.
16         Q   No.  Am I correct?  My statement is correct?
17         A   Yes.
18         Q   Okay.  How long after you heard the footsteps
19    did you hear the gunshots?
20         A   Like, immediately after.  I heard it, like --
21    that second footstep, it was just two shots.
22         Q   Like, almost immediately?
23         A   Yes.
24         Q   So the last thing you heard anybody say was:
25    Get the fuck off me -- and then that was the last words?
```

49

1   A   No.

2   Q   Now, the shooting, was it quick, or was it:
3   Boom; and then pause; and then: Boom?

4   A   It was quick. So one right after the other.

5   Q   So: Bang, bang?

6   A   Yeah.

7   Q   About that fast?

8   A   About that fast.

9   Q   Okay. Now, were you still in the shed?

10  A   Yes.

11  Q   And no one had come and gone out of the shed?

12  A   No.

13  Q   The television volume, was it still low?

14  A   I muted it.

15  Q   When did you mute it?

16  A   When I heard the slam through the -- of the
17  breeze gate -- the breeze -- the gate of the breezeway.

18      When I heard that slam open, I muted the TV.

19  Q   Okay. Had you moved positions inside the shed?

20  A   No.

21  Q   Now, where you heard the shooting, was that in
22  a different location from where you heard the fighting?

23  A   It sounded about the same area to me.

24  Q   Same general area?

25  A   Yes.

53

```
1      STATE OF CALIFORNIA       )
2                                )
3      COUNTY OF SAN DIEGO       )
4
5
6              I, Harry A. Palter, a Certified Shorthand
7      Reporter of the State of California, do hereby certify:
8              That prior to being examined, the witness in
9      the foregoing proceedings was by me duly sworn to
10     testify to the truth, the whole truth, and nothing but
11     the truth;
12             That said proceedings were taken before me at
13     the time and place therein set forth and were taken down
14     by me in shorthand and thereafter transcribed into
15     typewriting under my direction and supervision;
16             I further certify that I am neither counsel
17     for, nor related to, any party to said proceedings, nor
18     in any way interested in the outcome thereof.
19             In witness whereof, I have hereunto
20     subscribed my name.
21     Dated: 8.26.2013
22
23
24     _____
       HARRY ALAN PALTER
25     CSR No. 7708
```

72