Case 3:13-cv-00087-LAB-JMA   Document 68-10   Filed 06/16/14   Page 1 of 8

# EXHIBIT E



UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAKINA ORTEGA, individually, and as successor of interest of VICTOR ORTEGA, deceased; TAMIA ORTEGA, a minor, by and through her guardian Shakina Ortega, and JACOB ORTEGA, a minor, by and through his guardian Shakina Ortega,<br><br>            Plaintiffs,<br><br>       vs.<br><br>SAN DIEGO POLICE DEPARTMENT, a public entity; JONATHAN MCCARTHY, an individual; CITY OF SAN DIEGO, a public entity; and DOES 1 through 10,<br><br>            Defendants. | **CERTIFIED ORIGINAL**<br><br><br><br><br>Case No.<br>13-CV-0087-LAB-JMA |

VIDEOTAPED DEPOSITION OF JOSEPH HOWIE

Volume I

February 10, 2014

2:17 p.m.

1230 Columbia Street, Suite 400

San Diego, California

REPORTED BY:
Renee K. Papierniak
CSR No. 7056



1

```
 1   with him since then.  And I haven't seen him since --
 2   unless I saw him come in to pick up his service weapon, I
 3   haven't seen him since then.
 4        Q.   Okay.  Do you recall speaking with Naomi
 5   Campbell on the phone or in person on the date of this
 6   shooting?
 7        A.   I don't believe I ever spoke with her in person.
 8   I did speak with her at least on two occasions on the
 9   phone.  I don't know when the first conversation took
10   place.  It may have been that day.
11        Q.   Did you call her or did she call you, the first
12   time that you spoke with her?
13        A.   Well, if I called her, it would have been that
14   she left a message for me to call.  But I did not
15   initiate a call to her.
16        Q.   Okay.  The first time that you spoke with her,
17   what did you discuss?
18        A.   I recall her wanting information regarding the
19   case.  And the first time I spoke with her, I gave her
20   very limited information.  Basically what was on the
21   press release.  Not the -- I know there was somewhat of a
22   -- like two releases.  One done at the scene, that we
23   learned was not accurate, and then there was a written
24   one that we sent out right after this interview.  So what
25   was on -- so what was on that -- the written press
```

49

```
1   release is basically the only thing I spoke with her
2   about.
3       Q.  Okay.  Do you recall discussing anything else
4   with her?
5       A.  Yes.
6       Q.  What?
7       A.  She represented to me that she was the
8   spokesperson for her sister, and I believed her.  And she
9   asked, you know, many questions about the case.  And so
10  we spoke about the case, but basically we spoke primarily
11  of her questions to me.  A lot of them were procedural
12  questions.
13      Q.  Like what?
14      A.  She would ask, for example, "Does the police
15  department allow an officer to shoot unarmed men," things
16  of that nature.  I don't recall every single question but
17  a lot of them were based around questions such as that.
18          Like I said -- you know, I don't remember every
19  single -- I mean, I don't remember many.  All I remember
20  is there were -- they were all -- well, I can't even say
21  "they were all," but she did ask, you know, some facts
22  about the case.  But I don't recall giving her any --
23  other than to reassure her that everything we were doing
24  was recorded and -- and that our case would be presented
25  to the District Attorney's Office and they would conduct
```

50

```
 1   an independent investigation if they deemed it necessary.
 2           But most of her stat- -- and I spoke with her at
 3   length too, and it was because -- I mean, you know, I
 4   look at the family, you know, as being a victim to this
 5   incident also.  So I wanted to give her time, not shut
 6   her down.  But most of it was procedural questions.
 7       Q.  At the time that you first spoke with Naomi, you
 8   had already completed the interview of Officer McCarthy.
 9   Is that correct?
10       A.  Yes.
11       Q.  And prior to your recorded interview of Officer
12   McCarthy, did you speak with Officer McCarthy at all?
13       A.  No.
14       Q.  After the recorded interview of Officer
15   McCarthy, did you speak with Officer McCarthy at all?
16       A.  Not other than what we spoke of regarding the
17   gun.
18       Q.  Do you recall telling Naomi that Officer
19   McCarthy had had enough and was tired and decided to end
20   it?
21       A.  No.
22       Q.  Do you recall saying to Naomi that there were a
23   thousand different ways that this could have been handled
24   differently?
25       A.  I don't recall it but I would agree with that.
```

51

```
 1      Q.  Do you recall apologizing to Naomi?
 2      A.  Yes.
 3      Q.  Do you recall saying that, "If Officer McCarthy
 4  would have waited for backup, that Victor would be alive
 5  today"?
 6      A.  I did not say that.
 7      Q.  Do you recall anything else that you discussed
 8  with Naomi during your first conversation with her?
 9      A.  I can't even distinguish the first, second or
10  third.  So I -- I don't know how to answer that.
11      Q.  Do you recall anything else that you've
12  discussed with her ever, other than what you've already
13  testified to?
14      A.  Yes.  And, actually, those questions that you
15  posed to me were ones that she -- or a hypothetical, that
16  she was giving me.  She gave me a lot of hypotheticals or
17  she may ask me questions, "When can a" -- because she
18  asked this -- "When can a police officer shoot an unarmed
19  man?"
20      Q.  What did you tell her?
21      A.  I told her a lot of -- a lot of things, you
22  know.  And she asked, Could this happen" -- "Could
23  this" -- "could" -- "Could it occur in a different way?"
24  "Of course.  There is" -- "there is no ending to how many
25  ways it could have occurred."
```

52

```
 1        Q.   Did Officer McCarthy ever tell you that he had
 2   had enough?
 3        A.   No.  Absolutely no.  He didn't, no.
 4        Q.   Did he ever tell you that he was tired?
 5        A.   No.  He said he was not tired.
 6        Q.   Did he ever tell you that he decided to end
 7   it?
 8        A.   No.  Everything that Officer McCarthy told me is
 9   in the recorded tape.
10        Q.   Do you recall ever speaking with Shakina
11   Ortega?
12        A.   There might have been -- no, I -- there might
13   have been once but I -- her sister made it very clear,
14   "You do not talk to," you know, "Ms. Campbell-Orega.  You
15   talk to only me."  I think there was a -- I recall making
16   a call at one point to speak with her and I wasn't able
17   to.
18        Q.   Did you ever go to Shakina's apartment?
19        A.   No.
20        Q.   Did you ever review any photos in connection
21   with your investigation?
22        A.   Yes.
23        Q.   For what purpose?
24        A.   Actually, I probably shouldn't have answered it
25   with a "yes," that previous question.  No, I have seen
```

53

```
STATE OF CALIFORNIA    )
                       )
COUNTY OF SAN DIEGO    )
```

I, Renee K. Papierniak, a Certified Shorthand Reporter, do hereby certify:

That prior to being examined, the witness in the foregoing proceedings was by me duly sworn to testify to the truth, the whole truth, and nothing but the truth;

That said proceedings were taken before me at the time and place therein set forth and were taken down by me in shorthand and thereafter transcribed into typewriting under my direction and supervision;

I further certify that I am neither counsel for, nor related to, any party to said proceedings, not in anywise interested in the outcome thereof.

In witness whereof, I have hereunto subscribed my name.

Dated: February 21, 2014

*Renee K. Papierniak* (signature)

Renee K. Papierniak
CSR No. 7056

92