# EXHIBIT I

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SHAKINA ORTEGA, individually, and
as successor of interest of VICTOR
ORTEGA, deceased; TAMIA ORTEGA, a
minor, by and through her guardian
Shakina Ortega, and JACOB ORTEGA, a
minor, by and through his guardian
Shakina Ortega,

           Plaintiffs,

   vs.                          Case No.
                                 13-CV-0087-LAB-JMA

SAN DIEGO POLICE DEPARTMENT, a
public entity; JONATHAN MCCARTHY,
an individual; CITY OF SAN DIEGO,
a public entity; and DOES 1
through 10,

           Defendants.

VIDEOTAPED DEPOSITION OF ROGER A. CLARK

March 24, 2014

9:06 a.m.

1230 Columbia Street, Suite 400

San Diego, California

REPORTED BY:
Renee K. Papierniak
CSR No. 7056

1

Roger A. Clark
March 24, 2014

```
1        Q.  Reasonable suspicion to detain for what?
2        A.  For suspicion of domestic violence as pursuant
3   to the call.  And then if that detention and
4   investigation, which I would consider to be fairly brief,
5   would evolve into either a misdemeanor or a felony --
6        Q.  And what --
7        A.  -- arrest.
8        Q.  And what is that unique power again?  What do
9   you call it?
10       A.  It's not what I call it.  It's what it's called
11  by the state in its training and in the law reasonable
12  suspicion detention.  And in Learning Domain 15, there is
13  a chapter on reasonable suspicion detention.
14       Q.  So on June -- on the morning of June 4th, 2012,
15  Officer -- it's your testimony that Officer McCarthy had
16  a reasonable suspicion to detain Victor Ortega for
17  domestic violence?
18       A.  That's my opinion.
19       Q.  Okay.  I just want to make sure I got it
20  straight.
21       A.  That's my opinion.  I think it's clear in the
22  report.
23       Q.  Okay.  And he -- it's also your opinion that
24  Officer McCarthy had probable cause to arrest Mr. Ortega
25  for failing to comply with his order to stop?
```

13

Roger A. Clark
March 24, 2014

| | |
|---|---|
| 1 | A. Right, because he was failing to obey the lawful |
| 2 | order of a police officer in his flight. |
| 3 | Q. And once probable cause is established, the |
| 4 | police officer or anybody, is entitled to arrest that |
| 5 | person? |
| 6 | A. Yes. |
| 7 | Q. Okay. |
| 8 | A. As I understand your question, yes. |
| 9 | Q. And there is a difference between being able to |
| 10 | prove a crime and having probable cause to believe that a |
| 11 | crime was committed, isn't there? |
| 12 | A. Yes. |
| 13 | Q. Can you tell me what your understanding is of |
| 14 | the difference? |
| 15 | A. Yeah. That's defined also in Learning Domain |
| 16 | No. 15, Laws of Arrest. And there -- conviction occurs |
| 17 | when there is proof beyond a reasonable doubt. |
| 18 | And with probable cause, there can be some |
| 19 | doubt. |
| 20 | Q. Okay. What was the penal code section that |
| 21 | Officer McCarthy was investigating on the call? |
| 22 | A. 273. It was reported as a possible felony |
| 23 | because of injury. And, as you know, I cited what was |
| 24 | dispatched by the dispatch. And I'll wait for the next |
| 25 | question. |

14

```
 1        Q.  We'll get there.  273, is that your
 2   understanding of a domestic violence call?
 3        A.  Yes.  Well, my understanding of the penal code
 4   section for this call.
 5        Q.  Domestic violence is a serious issue?
 6        A.  Yes.  There is a special learning domain on
 7   domestic violence.
 8        Q.  Okay.  And can people be seriously hurt or even
 9   killed on domestic violence calls?
10        A.  Are you talking about the officer or the person
11   reporting?
12        Q.  I'm talking about the person reporting.
13        A.  Yes, they can.  It can be part of a homicide.
14        Q.  Okay.  So the fact that people could be killed
15   during these calls even before the police get there, the
16   officer is to take domestic violence calls pretty
17   seriously?
18        A.  Yes.  It's a two-unit or two-officer, at a
19   minimum, response.
20        Q.  Okay.  And on these domestic violence calls, are
21   there a lot of variables that the officers deal with?
22        A.  As in all crimes, yes, there are some
23   complexities and some particular nuances to that event.
24        Q.  Can you give me some examples of some of the
25   variables that an officer deals with on a domestic
```

                                                                15

```
1      STATE OF CALIFORNIA      )
                                )
2      COUNTY OF SAN DIEGO      )

3

4              I, Renee K. Papierniak, a Certified Shorthand

5      Reporter, do hereby certify:

6              That prior to being examined, the witness in

7      the foregoing proceedings was by me duly sworn to

8      testify to the truth, the whole truth, and nothing but

9      the truth;

10             That said proceedings were taken before me at

11     the time and place therein set forth and were taken

12     down by me in shorthand and thereafter transcribed

13     into typewriting under my direction and supervision;

14             I further certify that I am neither counsel

15     for, nor related to, any party to said proceedings, not

16     in anywise interested in the outcome thereof.

17             In witness whereof, I have hereunto subscribed

18     my name.

19

20     Dated:  April 7, 2014

21

22     _Renee K. Papierniak_

23     Renee K. Papierniak
       CSR No. 7056

24

25
```

119