PAUL J. PFINGST, ESQ (Bar No. 112967)
CHRISTINA M. DENNING, ESQ. (Bar No. 211137)
HIGGS FLETCHER & MACK LLP
401 West "A" Street, Suite 2600
San Diego, CA 92101-7913
TEL: (619) 236-1551
FAX: (619) 696-1410

Attorneys for Plaintiffs
SHAKINA ORTEGA, individually, and as successor of interest of VICTOR ORTEGA, deceased;
TAMIA ORTEGA, a minor, by and through her guardian Shakina Ortega; and
JACOB ORTEGA, a minor, by and through his guardian Shakina Ortega

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAKINA ORTEGA, individually, and as successor of interest of VICTOR ORTEGA, deceased; TAMIA ORTEGA, a minor, by and through her guardian Shakina Ortega; and JACOB ORTEGA, a minor, by and through his guardian Shakina Ortega,<br><br>Plaintiffs,<br><br>v.<br><br>SAN DIEGO POLICE DEPARTMENT, a public entity; JONATHAN MCCARTHY, an individual; CITY OF SAN DIEGO, a public entity; and DOES 1 through 10,<br><br>Defendants. | CASE NO. 13-CV-87-BAS (JMA)<br><br>PLAINTIFFS' RESPONSE TO DEFENDANTS' OBJECTIONS TO EX PARTE APPLICATION TO FILE A SUR-REPLY<br><br>CASE FILED: January 11, 2013<br>TRIAL DATE: Not Yet Set<br><br>Judge: Hon. Cynthia A. Bashant<br>Dept.: 4B |

Defendants object to Plaintiffs' *ex parte* request to file a sur-reply on several grounds, including that Defendants make no new arguments in their reply brief. Plaintiffs disagree.

//

//

HIGGS FLETCHER & MACK LLP
ATTORNEYS AT LAW
SAN DIEGO

Case No. 13-CV-87-13AS (MA)
PLAINTIFFS' SUR-REPLY IN RESPONSE TO DEFENDANTS' REPLY IN SUPPORT OF FUNDING MOTION FOR SUMMARY JUDGMENT

Defendants make the following new arguments in reply:

1) Plaintiffs have not authenticated any of their evidence (Defs.' Reply 1:1-2:3);

2) Plaintiffs' evidence is inadmissible hearsay (Defs.' Reply 2:5-3:9);

3) Officer McCarthy's use of force was reasonable, based on Dr. Lewinski's newly produced declaration (Defs.' Reply. 6:15-22);

4) Plaintiffs' 14th Amendment § 1983 cause of action should be dismissed as to Shakina, Tamia, and Jacob (Defs.' Reply 7:24-8:5: *compare* Defs.' Mot.14:27-16:7 (containing no reference to any of these Plaintiffs)); and

5) Plaintiffs' theory of *Monell* liability is flawed on the basis that "alleged pre-shoot negligence is irrelevant" and the City was not deliberately indifferent to Mr. Ortega's rights. (Defs.' Reply 8:25-9:21)

Because of the aforementioned new arguments and Ninth Circuit precedent establishing Plaintiffs' right to respond to the new evidence attached to the reply, *see Proven v. Miller,* 102 F.3d 1478, 1483 (9th Cir. 1996), Plaintiffs respectfully disagree with Defendants' position and seek leave of Court to file a sur-reply.

DATED: June 19, 2014                    HIGGS FLETCHER & MACK LLP

By: *s/ Christina 514. Denning*
PAUL J. PFINGST, ESQ.
CHRISTINA M. DENNING, ESQ.
Attorneys for Plaintiffs SHAKINA ORTEGA, individually, and as successor of interest of VICTOR ORTEGA, deceased; TAMIA ORTEGA, a minor, by and through her guardian Shakina Ortega; and JACOB ORTEGA, a minor, by and through his guardian Shakina Ortega

1198817.2

PAUL J. PFINGST, ESQ. (Bar No. 112967)
pfingst@higgslaw.com
CHRISTINA M. DENNING, ESQ. (Bar No. 211137)
denningc@higgslaw.com
HIGGS FLETCHER & MACK LLP
401 West "A" Street, Suite 2600
San Diego, CA 92101-7913
TEL: 619.236.1551
FAX: 619.696.1410

Attorneys for Plaintiffs
SHAKINA ORTEGA, individually, and as successor of interest of VICTOR ORTEGA, deceased;
TAMIA ORTEGA, a minor, by and through her guardian Shakina Ortega; and
JACOB ORTEGA, a minor, by and through his guardian Shakina Ortega

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAKINA ORTEGA, individually, and as successor of interest of VICTOR ORTEGA, deceased; TAMIA ORTEGA, a minor, by and through her guardian Shakina Ortega; and JACOB ORTEGA, a minor, by and through his guardian Shakina Ortega, <br><br> Plaintiffs, <br><br> v. <br><br> SAN DIEGO POLICE DEPARTMENT, a public entity; JONATHAN MCCARTHY, an individual; CITY OF SAN DIEGO, a public entity; and DOES **1** through 10, <br><br> Defendants. | CASE NO. 13-CV-0087-BAS-JMA <br><br> **CERTIFICATE OF SERVICE** <br><br> CASE FILED: January 11, 2013 |

///

///

///

///

///

I, CELESTE L. KNAPP REISING, declare as follows:

I am a resident of the State of California and over the age of eighteen years, and not a party to the within-entitled action; my business address is 401 West "A" Street, Suite 2600, San Diego, California 92101-7913,

On June 20, 2014, I served the within documents, with all exhibits (if any):

**PLAINTIFFS' RESPONSE TO DEFENDANTS' OBJECTIONS TO EX PARTE APPLICATION TO FILE A SUR-REPLY**

I am familiar with the United States District Court, Southern District of California's practice for collecting and processing electronic filings. Under that practice, documents are electronically filed with the Court. The Court's CM/ECF system will generate a Notice of Electronic Filing (NEF) to the filing party, the assigned judge, and any registered uses in the case. The NEF will constitute service of the document. Registration as a CM/ECF user constitutes consent to electronic service through the Court's transmission facilities. Under said practice, the following CM/ECF users were served:

| | |
|---|---|
| Keith W. Phillips, Deputy City Attorney<br>California State Bar No. 190664<br>Office of the City Attorney<br>1200 Third Avenue, Suite 1100<br>San Diego, California 92101-4100 | Counsel for Defendants SAN DIEGO POLICE DEPARTMENT, JONATHAN MCCARTHY and CITY OF SAN DIEGO<br><br>Telephone: (619) 533-5800<br>Facsimile: (619) 533-5856<br>E-mail: kphillips@sandiego.gov |

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

1 declare under penalty of perjury under the laws the State of California that the above is true and correct, and that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on June 20, 2014, at San Diego, California.



CELESTE L. KNAPP RISING

1113913.2

HIGGS, FLETCHER & MACK LLP
ATTCIENhY5 AT LAW
SAN DiFTL7

1113913.1

2

CERTIFICATE OF SERVICE
Case No. 13-CV-0087-BAS-JMA