| | |
|---|---|
| 1 | JAN I. GOLDSMITH, City Attorney |
|   | DANIEL F. BAMBERG, Assistant City Attorney |
| 2 | BRIAN K. CLINE, Deputy City Attorney |
|   | California State Bar No. 246747 |
| 3 | Office of the City Attorney |
|   | 1200 Third Avenue, Suite 1100 |
| 4 | San Diego, California 92101-4100 |
|   | Telephone: (619) 533-5800 |
| 5 | Facsimile: (619) 533-5856 |

Attorneys for Defendants,
San Diego Police Department, Jonathan McCarthy, City of San Diego

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAKINA ORTEGA, individually, and as successor of interest of VICTOR ORTEGA, deceased; TAMIA ORTEGA, a minor, by and through her guardian Shakina Ortega; and JACOB ORTEGA, a minor, by and through his guardian Shakina Ortega, | Case No. 13cv0087 LAB (JMA) |
|  | **NOTICE OF APPEAL** |
| Plaintiffs, | Judge: Hon. Larry Alan Burns |
|  | Ctrm: 14A – 14th Floor |
| v. |  |
| SAN DIEGO POLICE DEPARTMENT, a public entity; JONATHAN MCCARTHY an individual; CITY OF SAN DIEGO, a public entity; and DOES 1 through 10, |  |
| Defendants. |  |

Notice is hereby given that JONATHAN MCCARTHY (Defendant) in the above named case, hereby appeals to the United States Court of Appeals for the Ninth Circuit from an Order Granting in Part and Denying in Part Defendants' Motion for Summary Judgment entered in this action on the 14th day of November, 2014.

///

///

///

The Defendant is appealing the District Court's denial of qualified immunity, as applied to Plaintiffs' claims pursuant to the Fourth and Fourteenth Amendments.

Dated:  November 19, 2014          JAN I. GOLDSMITH, City Attorney


                                   By  s/ BRIAN K. CLINE
                                       Brian K. Cline
                                       Deputy City Attorney
                                       E-mail: bcline@sandiego.gov

                                   Attorneys for Defendant
                                   Jonathan McCarthy