# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAKINA ORTEGA, et al.,<br><br>　　　　　　　　Plaintiffs,<br><br>　　vs.<br><br>SAN DIEGO POLICE DEPARTMENT, et al.,<br><br>　　　　　　　　Defendants. | CASE NO. 13cv87-LAB (JMA)<br><br>**ORDER STAYING PROCEEDINGS PENDING APPEAL** |

　　　　On November 19, 2014, Defendant Jonathan McCarthy filed a Notice of Interlocutory Appeal, appealing this Court's November 14, 2014 denial in part of summary judgment.

　　　　A district court may stay the action under its inherent powers to control its own docket and to provide efficient adjudication of the cases pending before it. *Leyva v. Certified Grocers of California, Ltd.*, 593 F.2d 857, 863 (9th Cir. 1979). A stay pending the outcome of the appeal will likely conserve judicial resources and promote judicial consistency. *See Lockyer v. Mirant Corp.*, 398 F.3d 1098, 1112 (9th Cir. 2005) (recognizing the district court's ability to control its own docket, "particularly in this time of scarce judicial resources and crowded dockets").

///

Accordingly, this action is **STAYED** pending the resolution of the appeal. The parties shall notify this Court immediately upon the issuance of a final order resolving the appeal.

**IT IS SO ORDERED**.

DATED: December 8, 2014

*Larry A. Burns*

**HONORABLE LARRY ALAN BURNS**
United States District Judge