| | |
|---|---|
| 1 | JAN I. GOLDSMITH, City Attorney |
| | DANIEL F. BAMBERG, Assistant City Attorney |
| 2 | BRIAN K. CLINE, Deputy City Attorney |
| | California State Bar No. 246747 |
| 3 |     Office of the City Attorney |
| |     1200 Third Avenue, Suite 1100 |
| 4 |     San Diego, California 92101-4100 |
| |     Telephone: (619) 533-5800 |
| 5 |     Facsimile: (619) 533-5856 |
| 6 | Attorneys for Defendants, |
| | San Diego Police Department, Jonathan McCarthy, City of San Diego |
| 7 | |

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| 10 | SHAKINA ORTEGA, individually, and as successor of interest of VICTOR ORTEGA, deceased; TAMIA ORTEGA, a minor, by and through her guardian Shakina Ortega; and JACOB ORTEGA, a minor, by and through his guardian Shakina Ortega, | Case No. 13cv0087 LAB (JMA) |
| | | **NOTICE PURSUANT TO NINTH CIRCUIT RULE 10-3.1(c)** |
| 14 | Plaintiffs, | Judge: Hon. Larry Alan Burns |
| | | Ctrm: 14A – 14th Floor |
| 15 | v. | |
| 16 | SAN DIEGO POLICE DEPARTMENT, a public entity; JONATHAN MCCARTHY an individual; CITY OF SAN DIEGO, a public entity; and DOES 1 through 10, | |
| 19 | Defendants. | |

21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

926266               1              13cv0087 LAB (JMA)

1 | Please take notice that no transcripts will be ordered in connection with this
2 | appeal.  *See* 9th Cir. R. 10-31(c).  A copy of this notice will be provided to the Court
3 | of Appeals.

Dated:  December 23, 2014			JAN I. GOLDSMITH, City Attorney


						By   s/ BRIAN K. CLINE
						      Brian K. Cline
						      Deputy City Attorney
						      E-mail: bcline@sandiego.gov

						Attorneys for Defendants
						San Diego Police Department,
						Jonathan McCarthy, City of San
						Diego