# MINUTES OF THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

<u>Case</u>: Ortega, et al. v. San Diego Police Department, et al.        <u>Case No</u>: 13-CV-87

<u>HON. Larry A. Burns</u>             <u>CT. DEPUTY Tisha Washam</u>        <u>Rptr.</u>

<u>Present</u>

<u>Plaintiff(s)</u>:        No appearance.

<u>Defendant(s)</u>:       No appearance.

Based on the status of this case, the Final Pretrial Conference scheduled on February 9, 2015, at 12 p.m. is **VACATED**. Parties should not make appearance on February 9, 2015.

DATED: January 22, 2015                                    INITIALS:  JCW  Law Clerk