## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAKINA ORTEGA, et al.,<br>Plaintiffs,<br>vs.<br>SAN DIEGO POLICE DEPT., et al.,<br>Defendants. | CASE NO. 13cv87-LAB (JMA)<br>**ENTRY OF JUDGMENT** |

On March 17, 2017, a jury returned a verdict in favor of the Defendants. The jury found that Officer Jonathan McCarthy acted in justifiable self-defense in using deadly force against Victor Ortega. The Court orders judgment entered in favor of the Defendants.

**IT IS SO ORDERED**.

DATED: March 24, 2017

[signature]

**HONORABLE LARRY ALAN Burns**
United States District Judge