SHAKINA ORTEGA, individually, and as successor of interest of VICTOR ORTEGA, deceased;
TAMIA ORTEGA, a minor, by and through her guardian Shakina Ortega; and
JACOB ORTEGA, a minor, by and through his guardian Shakina Ortega
4215 Juniper Street, No. 16
San Diego, California 92105
TEL: (619) 635-9904
ortegashakina@yahoo.com

Plaintiffs, Pro Per

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SHAKINA ORTEGA, individually, and as successor of interest of VICTOR ORTEGA, deceased; TAMIA ORTEGA, a minor, by and through her guardian Shakina Ortega; and JACOB ORTEGA, a minor, by and through his guardian Shakina Ortega,<br>Plaintiffs,<br>v.<br>SAN DIEGO POLICE DEPARTMENT, a public entity; JONATHAN MCCARTHY, an individual; CITY OF SAN DIEGO, a public entity; and DOES 1 through 10,<br>Defendants. | CASE NO. 13-CV-87-LAB (JMA)<br><br>**NOTICE OF APPEAL** |

Notice is hereby given that Shakina Ortega, individually, and as successor of interest of Victor Ortega, deceased, Tamia Ortega, a minor, by and through her guardian Shakina Ortega, and Jacob Ortega, a minor, by and through his guardian Shakina Ortega, Plaintiffs in the above named case, hereby appeal to the United

/ / /

/ / /

States Court of Appeals for the Ninth Circuit from the final judgment entered in this action on the 24th day of March, 2017.

DATED: April 24, 2017

By: [signature]
SHAKINA ORTEGA, individually, and as successor of interest of VICTOR ORTEGA, deceased; TAMIA ORTEGA, a minor, by and through her guardian Shakina Ortega; and JACOB ORTEGA, a minor, by and through his guardian Shakina Ortega
Plaintiffs, Pro Per

7942126.1