SHAKINA ORTEGA, individually, and as successor of interest of VICTOR ORTEGA, deceased;
TAMIA ORTEGA, a minor, by and through her guardian Shakina Ortega; and
JACOB ORTEGA, a minor, by and through his guardian Shakina Ortega
4215 Juniper Street, No. 16
San Diego, California 92105
TEL: (619) 635-9904
ortegashakina@yahoo.com

Appellants, Pro Per

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

SHAKINA ORTEGA, individually, and as successor of interest of VICTOR ORTEGA, deceased;
TAMIA ORTEGA, a minor, by and through her guardian Shakina Ortega; and
JACOB ORTEGA, a minor, by and through his guardian Shakina Ortega,

Appellants,

v.

SAN DIEGO POLICE DEPARTMENT, a public entity;
JONATHAN MCCARTHY, an individual;
CITY OF SAN DIEGO, a public entity; and
DOES 1 through 10,

Respondents.

CASE NO. 13-CV-87-LAB (JMA)

**AFFIDAVIT ACCOMPANYING MOTION FOR PERMISSION TO APPEAL IN FORMA PAUPERIS**

I, Shakina Ortega, swear or affirm under penalty of perjury that, because of my poverty, I cannot prepay the docket fees of my appeal or post a bond for them. I believe I am entitled to redress. I swear or affirm under penalty of perjury under United States laws that my answers on this form are true and correct. 28 U.S.C. sec. 1746; 18 U.S.C. sec. 1621.

Signed: [signature] Date: 4-23-17
Shakina Ortega

My issues on appeal are:

1. Error to fail to give curative instruction regarding Defendants' opening statement remark that Officer McCarthy would be personally financially responsible for a judgment.

2. Error to refuse to admit into evidence the indemnity agreement between City of San Diego and Officer McCarthy.

3. Error to refuse to allow Plaintiffs' counsel to call City Attorney to testify regarding indemnity.

4. Error to refuse vicarious liability jury instruction.

5. I am working on finding an attorney to take on my appeal. Therefore, there may be additional issues to appeal.

DATED: April 23, 2017

By: [signature]
SHAKINA ORTEGA, individually, and as successor of interest of VICTOR ORTEGA, deceased; TAMIA ORTEGA, a minor, by and through her guardian Shakina Ortega; and JACOB ORTEGA, a minor, by and through his guardian Shakina Ortega
Plaintiffs, Pro Per

7942189.1

1. *For both you and your spouse estimate the average amount of money received from each of the following sources during the past 12 months. Adjust any amount that was received weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate. Use gross amounts, that is, amounts before any deductions for taxes or otherwise.*

| | **Average monthly amount during the past 12 months** | | **Amount expected next month** | |
|---|---|---|---|---|
| **Income Source** | **You** | **Spouse** | **You** | **Spouse** |
| Employment | $ 1,200.00 | $ | $ 0 | $ |
| Self-Employment | $ | $ | $ 0 | $ |
| Income from real property (such as rental income) | $ | $ | $ 0 | $ |
| Interest and Dividends | $ | $ | $ 0 | $ |
| Gifts | $ | $ | $ 0 | $ |
| Alimony | $ | $ | $ 0 | $ |
| Child Support | $ | $ | $ 0 | $ |
| Retirement (such as social security, pensions, annuities, insurance) | $ | $ | $ 0 | $ |
| Disability (such as social security, insurance payments) | $ | $ | $ 1,136.00 | $ |
| Unemployment Payments | $ | $ | $ 0 | $ |
| Public-Assistance (such as welfare) | $ | $ | $ 0 | $ |
| Other (specify) | $ | $ | $ 0 | $ |
| **TOTAL MONTHLY INCOME:** | $ | $ | $ 1,136.00 | $ |

2. *List your employment history for the past two years, most recent employer first. (Gross monthly pay is before taxes or other deductions.)*

| Employer | Address | Dates of Employment | Gross Monthly Pay |
|---|---|---|---|
| Go-Staffing | | From 10/16<br>To 2/17 | $ 1,200 |
| | | From<br>To | $ |
| | | From<br>To | $ |
| | | From<br>To | $ |

3. *List your spouse's employment history for the past two years, most recent employer first. (Gross monthly pay is before taxes or other deductions.)*

| Employer | Address | Dates of Employment | Gross Monthly Pay |
|---|---|---|---|
| | | From<br>To | $ |
| | | From<br>To | $ |
| | | From<br>To | $ |
| | | From<br>To | $ |

4. *How much cash do you and your spouse have?* $ 0

*Below, state any money you or your spouse have in bank accounts or in any other financial institution.*

| Financial Institution | Type of Account | Amount You Have | Amount Your Spouse Has |
|---|---|---|---|
| | | $ 0 | $ |
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |

***If you are a prisoner seeking to appeal a judgment in a civil action or proceeding, you must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.***

5. *List the assets, and their values, which you own or your spouse owns. Do not list clothing and ordinary household furnishing.*

| Home | Value | Other Real Estate | Value |
|---|---|---|---|
| | $ | | $ |

| Motor Vehicle 1: Make & Year | Model | Registration # | Value |
|---|---|---|---|
| | | | $ |

| Motor Vehicle 2: Make & Year | Model | Registration # | Value |
|---|---|---|---|
| | | | $ |

| Other Assets | Value |
|---|---|
| | $ |
| | $ |
| | $ |

6. *State every person, business, or organization owing you or your spouse money, and the amount owed.*

| Person owing you or your spouse | Amount owed to you | Amount owed to your spouse |
|---|---|---|
| | $ | $ |
| | $ | $ |
| | $ | $ |

7. *State the persons who rely on you or your spouse for support. If a dependent is a minor, list only the initials and not the full name.*

| Name | Relationship | Age |
|---|---|---|
| T O | daughter | 11 |
| J O | Son | 5 |
| | | |

8. *Estimate the average monthly expenses of you and your family. Show separately the amounts paid by your spouse. Adjust any payments that are made weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate.*

| | You | Spouse |
|---|---|---|
| Rent or home-mortgage payment (include lot rented for mobile home)<br>- Are real estate taxes included? ☐ Yes ☑ No<br>- Is property insurance included? ☐ Yes ☑ No | $ 956.00 | $ |
| Utilities (electricity, heating fuel, water, sewer, and telephone) | $ 100.00 | $ |
| Home maintenance (repairs and upkeep) | $ 60.00 | $ |
| Food | $ 200.00 | $ |
| Clothing | $ 300.00 | $ |
| Laundry and dry-cleaning | $ 50.00 | $ |
| Medical and dental expenses | $ 0 | $ |
| Transportation (not including motor vehicle payments) | $ 60.00 | $ |
| Recreation, entertainment, newspapers, magazines, etc. | $ 100.00 | $ |
| Insurance (not deducted from wages or included in mortgage payments) | | |
| - Homeowner's or renter's | $ 0 | $ |
| - Life | $ 0 | $ |
| - Health | $ 0 | $ |
| - Motor Vehicle | $ 0 | $ |
| - Other: | $ 0 | $ |
| Taxes (not deducted from wages or included in mortgage payments)<br>Specify: | $ 0 | $ |
| Installment payments | | |
| - Motor Vehicle | $ 0 | $ |
| - Credit Card (name): | $ 0 | $ |
| - Department Store (name): | $ 0 | $ |
| - Motor Vehicle | $ 0 | $ |

| | | |
|---|---|---|
| Alimony, maintenance, and support paid to others | $ 0 | $ |
| Regular expenses for the operation of business, profession, or farm (attach detailed statement) | $ 0 | $ |
| Other (specify) | $ | $ |
| **Total Monthly Expenses:** | $ 1,826 | $ |

9. *Do you expect any major changes to your monthly income or expenses or in your assets or liabilities during the next 12 months?*

☐ Yes ☑ No

If yes, describe on an attached sheet.

10. *Have you spent--or will you be spending--any money for expenses or attorney fees in connection with this lawsuit?*

☐ Yes ☑ No

*If yes, how much?* $

11. *Provide any other information that will help explain why you cannot pay the docket fees for your appeal.*

12. *State the city and state of your legal residence.*

*City* San Diego *State* CA

*Your daytime phone number (ex., 4153558000):* 619 635-9904

*Your age:* 32 *Your years of schooling:* 11

*Last four digits of your Social Security Number (ex.,6789):* 4142