# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| SHAKINA ORTEGA, et al., | CASE NO. 13cv87-LAB (JMA) |
|---|---|
| Plaintiffs, | |
| vs. | **AMENDED JUDGMENT IN FAVOR OF DEFENDANTS SAN DIEGO POLICE DEPARTMENT, THE CITY OF SAN DIEGO, AND JONATHAN MCCARTHY** |
| SAN DIEGO POLICE DEPT., et al., | |
| Defendants. | |

Following a jury trial, this Court entered judgment in favor of Defendants San Diego Police Department, the City of San Diego, and Jonathan McCarthy on March 24, 2017. Dkt. 184. Defendants timely moved for costs in the amount of $40,526.80. Dkt. 186. The Clerk taxed costs in Defendants' favor in the amount of $38,402.06. Dkt. 196. On April 23, 2019, the Ninth Circuit affirmed the Court's judgment. Dkt. 214. The Court therefore amends the prior Judgment to include an award of costs in favor of Defendants and against Plaintiffs, jointly and severally, in the amount of $38,402.06.

**IT IS SO ORDERED**.

Dated: April 29, 2019

*/s/ Larry A. Burns*
**HONORABLE LARRY ALAN BURNS**
Chief United States District Judge

- 1 -